# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| Sashada Makthepharak | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:23-cv-02121-DDC-RES |
| Laura Kelly, Jeff Zmuda, Jonathan Ogletree, Jeannie Wark, & Mark Keating | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Laura Kelly, Governor of the State of Kansas
Kansas State Capitol
300 Southwest 10th Avenue, Suite 241S
Topeka, Kansas 66612-1590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sashada Makthepharak, Plaintiff

Jonathan Sternberg, Attorney for Plaintiff
2323 Grand Boulevard #1100
Kansas City, Missouri 64108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/24/2023 /s/ J. Hokanson, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 2:23-CV-02121-DDC-RES

Plaintiff:
**Sashada Makthepharak**

vs.

Defendant:
**Laura Kelly, Jeff Zmuda, Jonathan Ogletree, Jeannie Wark, & Mark Keating**

POW2023004016

For:
Johnathan Sterberg Attorney PC
2323 Grand Boulevard #1100
Kansas City, MO 64108

Received by D & B Legal Services, Inc. on the 28th day of March, 2023 at 12:37 pm to be served on **LAURA KELLY GOVENOR OF THE STATE OF KANSAS, 300 SW 10TH AVE STE 241S, TOPEKA, KS 66612**

I, Greg Noll PPS23-0124, being duly sworn, depose and say that on the **3rd day of April, 2023** at **10:44 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action, Notice, Civil Complaint for Declaratory and Injunctive Relief** with the date and hour of service endorsed thereon by me, to: **CORA SORENSEN** as **AUTHORIZED AGENT** at the address of: **300 SW 10TH AVE STE 241S, TOPEKA, KS 66612**, who is authorized to accept service for **LAURA KELLY**.

I certify that I am over the age of 18 and have no interest in the above action and the foregoing statements made by me are true and correct.

Subscribed and Sworn to before me on the 4th day of April, 2023

NOTARY PUBLIC

JAMES HANNAH
Notary Public - State of Kansas
My Appt. Expires 8/25/23

Greg Noll PPS23-0124
Process Server

**D & B Legal Services, Inc.**
**P.O. Box 7471**
**Overland Park, KS 66207**
**(913) 362-8110**

Our Job Serial Number: POW-2023004016

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n