**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **SASHADA MAKTHEPHARAK** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 23-2121-DDC-RES |
| | ) |
| **LAURA KELLY,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendants Laura Kelly, Jeff Zmuda, Jonathan Ogletree, Jeannie Wark and Mark Keating, should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the petition filed herein. This is the first request for an extension. Defendants' answer or other responsive pleading was originally due May 1, 2023. The time to answer has not expired. Defendants' answer or other responsive pleading is now due on or before May 15, 2023.

Dated this 26th day of April 2023.

Clerk of the United States District Court
For the District of Kansas

By: /s/ Jeffrey S. Hokanson, Deputy Clerk
    Deputy Clerk

PREPARED BY:

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2023, I electronically sent the foregoing **ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION** to the Clerk of the Court *via* email transmission.

I further certify that I mailed the foregoing document by first-class mail, postage prepaid, addressed to the following:

Jonathan Sternberg, Attorney, PC
2323 Grand Blvd., Suite 1100
Kansas City, MO 64108-2607
jonathan@sternberg-law.com
*Attorney for Plaintiff*

/s/ *Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General