## Kansas Department of Corrections
## Prisoner Review Board
## Action Notice

**To:** MAKTHEPHARAK, SASHADA    0073697

**Date of Hearing:** 03/31/2021                                   **Regular Hearing**

**Location of Hearing:** LANSING CORRECTIONAL FACILITY - CENTRAL

Others Present: Jonathan Ogletree; Mark Keating; H. Knudson; L. Wilson-Raw

**After considering all statutory factors, the decision of the Prisoner Review Board is:**

**Decision:** Passed to May 1, 2024

**Recommendations:** DR Free

**Pass Reasons:** Denies responsibility; Disciplinary reports

If you have been granted parole, your release will take place on or after the effective date set by the Prisoner Review Board and only after your parole plan as been investigated and approved. The parole order is conditioned upon your maintaining a satisfactory institution record until released.

_Makthepharak, Sashada_
Offender Signature

_[signature]_
Witness Signature

4-26-2021
Date Received

PRISONER REVIEW BOARD

By: _[signature]_
Carolyn J Perez, Administrator