# INMATE PROGRAM PLAN

Inmate Name: __Makthepharak, Sashada__   Number: __73697__   Unit: __EDCF/RDU__

Parole Eligible Date: __5/27/2021__ _____ (If offense controlling release occurred before 7-1-88)

Guidelines Release Date: _____ (If offense controlling release occurred on or after 7-1-93)

Offense: __Murder in the 1st Degree, Agg. Burg, Crim. Poss of Firearm__   Controlling Sentence: __life__

Custody Classification: __Maximum__

---

**Literacy**
___ Complete Literacy Program (KECS) program
_X_ No Program
___ Needs can be met during post incarceration supervision

INITIAL __X__ Date: __2/5/02__
Facility: __EDCF/RDU__
Completed by: __P. _____

**Academic Education**
___ Complete BEP ___ Complete REP _X_ Complete GED
_\_ No Program
___ Needs can be met during post incarceration supervision

AMENDED _____ Date: _____
Facility: _____
Completed by: _____

**Substance Abuse**
___ Complete primary substance abuse treatment program    ___ Therapeutic community
_X_ No Program    ___ Needs can be met during post incarceration supervision

**Sex Abuser's Treatment**
___ Complete sex abuser's treatment
_X_ No Program    ___ Needs can be met during post incarceration supervision

**Vocational Education**
_X_ Complete vocational education program
___ No Program    ___ Needs can be met during post incarceration supervision

**Pre-Release**
_X_ Complete pre-release reintegration
___ No Program

**Work Release**
___ Complete work release program
_X_ No Program

---

COMMENTS/RECOMMENDATIONS:

Based on RDU Evaluation

---

INMATE PROGRAM PLAN ACKNOWLEDGEMENT

I acknowledge that I have been afforded an opportunity to enter into a program plan. I understand that such a program plan is optional, but that failure to participate in or successfully complete recommended programs shall result in the withholding of good time credits which affect my date of release.

I hereby (X) AGREE    ( ) REFUSE to enter into an agreement

_S. Makthepharak_ / _____   _C. Bulant_ 2/7/02
Inmate Signature    Date    Classification Committee Member    Date

Impp 11-107-002
Effective 02-21-98

Master File 1 copy - Inmate 1 copy - Unit Team 1 copy

P-139a