IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SASHADA MAKTHEPHARAK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 23-2121-DDC-RES |
| ) | |
| LAURA KELLY, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ENTRY OF APPEARANCE

First Assistant Attorney General Shon D. Qualseth hereby enters his appearance as counsel of record for Defendants Laura Kelly, Jeff Zmuda, Jonathan Ogletree, Jeannie Wark and Mark Keating.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Shon. D. Qualseth
Shon D. Qualseth, KS S Ct. #18369
First Assistant Attorney General/Sr. Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone:  785-368-8424
FAX:  785-291-3767
Email: *shon.qualseth@ag.ks.gov*
*Attorney for Defendants*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

    Jonathan Sternberg, Attorney, PC
    2323 Grand Blvd., Suite 1100
    Kansas City, MO 64108-2607
    jonathan@sternberg-law.com
    *Attorney for Plaintiff*

    */s/ Shon D. Qualseth*
    Shon D. Qualseth
    First Assistant Attorney General