IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SASHADA MAKTHEPHARAK,
    Plaintiff,

vs.

LAURA KELLY, *et al.*,
    Defendants.

Case No. 2:23-cv-02121-DDC-RES

### ENTRY OF APPEARANCE

Brody Sabor, attorney, enters his appearance as co-counsel for Plaintiff Sashada Maktheapharak.

Respectfully submitted,

*Jonathan Sternberg, Attorney, P.C.*

by /s/Brody Sabor
Brody Sabor, Mo. Bar #73421
2323 Grand Boulevard #1100
Kansas City, Missouri 64108
Telephone: (816) 292-7021
Facsimile: (816) 292-7050
brody@sternberg-law.com

COUNSEL FOR PLAINTIFF
SASHADA MAKTHEPHARAK

1

Certificate of Service

   I certify that on May 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which sent electronic notification of that filing to the following:

  Mr. Matthew L. Shoger
  Office of the Kansas Attorney General
  120 SW 10th Avenue, 2nd Floor
  Topeka, Kansas 66612
  (785) 296-2215
  matt.shoger@ag.ks.gov

                 Counsel for Defendants

  Mr. Shon D. Qualseth
  Office of the Kansas Attorney General
  120 SW 10th Avenue, 2nd Floor
  Topeka, Kansas 66612
  (785) 368-8424
  shon.qualseth@ag.ks.gov

/s/Brody Sabor
Attorney