IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SASHADA MAKTHEPHARAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case. No. 23-2121-DDC-RES |
| | ) |
| LAURA KELLY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Defendants Governor Laura Kelly, Secretary of Corrections Jeff Zmuda, and members of the Kansas Prisoner Review Board (KPRB) Jonathan Ogletree, Jeannie Wark and Mark Keating ("Defendants") respectfully request, through Assistant Attorney General Matthew L. Shoger, that this Court dismiss certain claims against them pursuant to Fed. R. Civ. P. 12(c). In accordance with D. Kan. Rule 7.1(a), a memorandum in support is filed with this motion.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Jonathan Sternberg, Attorney, PC
>2323 Grand Blvd., Suite 1100
>Kansas City, MO 64108-2607
>jonathan@sternberg-law.com
>*Attorney for Plaintiff*

>*/s/ Matthew L. Shoger*
>Matthew L. Shoger
>Assistant Attorney General

2