IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SASHADA MAKTHEPHARAK,<br>  Plaintiff,<br><br>vs.<br><br>LAURA KELLY, *et alia*,<br>  Defendants. | Case No. 2:23-cv-02121-DDC-RES |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION <u>FOR PARTIAL JUDGMENT ON THE PLEADINGS</u>**

  Plaintiff Sashada Makthepharak moves the Court under Fed. R. Civ. P. 6(b) and Local Rule 6.1 for an extension of time of 14 days in which to file his response in opposition to the defendants' motion for partial judgment on the pleadings. Counsel for the defendants informs counsel for Mr. Makthepharak that the defendants have no objection to this request.

  Mr. Makthepharak has not previously sought an extension of time to file his response, which presently is due Monday, June 12, 2023. Local Rule 6.1(d)(2). If the Court grants this request, the response will be due Monday, June 26, 2023.

  This request is not made for delay, but instead for good cause due to counsel's time constraints. The issues in this case, which challenges the constitutionality of Kansas's parole scheme for juveniles sentenced to life in prison, are complex, subtle, and legally intensive. The defendants' motion is lengthy and detailed, and seeks to obtain judgment on several of Mr. Makthepharak's claims.

  In the weeks since the defendants filed their motion for partial judgment on the pleadings, in addition to other duties undersigned counsel for Mr. Makthepharak has filed two briefs in the Missouri Court of Appeals (*Rice v. Collins*, No. WD85786; *State v. Samsinak*, No. SD37559), put on a post-conviction relief evidentiary hearing in Missouri state court (*Allen v. State*, No. 22CA-CC00065), and

presented an oral argument before the Missouri Court of Appeals (*Odermann v. Harrah*, No. WD85561).  And besides the response in opposition in this case, counsel also presently is working on briefs due in the U.S. Courts of Appeals for the Fifth, Eighth, and Tenth Circuits, the Missouri Court of Appeals, and the Kansas Court of Appeals, as well as an application for transfer due in the Supreme Court of Missouri.

      Counsel is working diligently on Mr. Makthepharak's response in opposition to the defendants' motion, but due to counsel's time constraints, more time is needed.  14 days will be sufficient.

      Accordingly, the Court should extend the time to file Mr. Makthepharak's response in opposition to the defendants' motion for partial judgment on the pleadings to June 26, 2023.

      Respectfully submitted,

*Jonathan Sternberg, Attorney, P.C.*

by /s/Jonathan Sternberg
  Jonathan Sternberg, Kan. #25902
  2323 Grand Boulevard #1100
  Kansas City, Missouri 64108
  Telephone: (816) 292-7020
  Facsimile: (816) 292-7050
  jonathan@sternberg-law.com

COUNSEL FOR PLAINTIFF

<u>Certificate of Service</u>

I certify that on June 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which sent electronic notification of that filing to the following:

| | |
|---|---|
| Mr. Matthew L. Shoger | Counsel for Defendants |
| Mr. Shon D. Qualseth | |
| Office of the Kansas Attorney General | |
| 120 SW 10th Avenue, 2nd Floor | |
| Topeka, Kansas 66612 | |
| (785) 296-2215 | |
| matt.shoger@ag.ks.gov | |
| shon.qualseth@ag.ks.gov | |

<u>Jonathan Sternberg</u>
Attorney