IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SASHADA MAKTHEPHARAK, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case. No. 23-2121-DDC-RES |
| LAURA KELLY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS' MOTION TO EXCEED PAGE LIMIT

Defendants Governor Laura Kelly, Secretary of Corrections Jeff Zmuda, and members of the Kansas Prisoner Review Board (KPRB) Jonathan Ogletree, Jeannie Wark and Mark Keating ("Defendants") submit this motion requesting that they be permitted an additional page for their Reply in Support of their Motion for Partial Judgment on the Pleadings, which is currently due July 10, 2023. Plaintiff has submitted an 18-page Response (Doc. 23) – exceeding the limit in D. Kan. Rule 7.1(d) by three pages – and has raised numerous arguments. Several of the issues are also complex. To permit Defendants to reply to the many arguments and complex matters in Plaintiff's lengthy Response, Defendants respectfully request one additional page for their Reply.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of July, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Jonathan Sternberg
Jonathan Sternberg, Attorney, PC
2323 Grand Blvd., Suite 1100
Kansas City, MO 64108-2607
jonathan@sternberg-law.com
*Attorney for Plaintiff*

Brody Sabor
Jonathan Sternberg, Attorney, PC
2323 Grand Boulevard, Suite 1100
Kansas City, MO 64108
brody@sternberg-law.com
*Attorney for Plaintiff*

                                              */s/ Matthew L. Shoger*
                                              Matthew L. Shoger
                                              Assistant Attorney General