Case 2:23-cv-02121-DDC-RES   Document 26-1   Filed 07/11/23   Page 1 of 5

**EXHIBIT A**



# Locating an inmate

by Nancy Burghart — last modified Jul 14, 2021 10:31 AM

**How do I know where an inmate is housed?**

You may check an inmate's location and status on the Kansas Adult Supervised Population Electronic Repository (KASPER) located on the KDOC's website. Information is updated daily, excluding weekends.

KASPER is a database which contains information about offenders sentenced to the custody of the Secretary of Corrections since 1980. KASPER contains information regarding those who are: currently incarcerated; under post-incarceration supervision; and, who have been discharged from a sentence. KASPER does not have information available about inmates sent to Kansas under the provisions of the interstate compact agreement.

The information contained in KASPER is public information under provisions of Kansas statute and is made available to the public and law enforcement in the interest of public safety. No names are removed from the database unless a conviction is removed from the public record by one of three ways: one, if the conviction is overturned by means of an appeal; two, if the conviction is expunged; or three, if an offender is granted executive clemency.

Through KASPER you can find:

- Name and KDOC Registration Number;
- Physical description (date of birth, height, weight, hair and eye color, body markings, including photograph);
- Conviction description (crime(s) of conviction, county, case number);
- Anticipated release date;
- Inmate housing location (current location and facility movements, including movement dates, location of parole office maintaining supervision);
- Custody or supervision level (Whether an offender has been released to post-incarceration supervision (parole, conditional release, post-release supervision, compact probation or parole); and,
- Institutional disciplinary record (violations for which offender was found guilty).

Please note that release dates may change and are contingent upon good time and program credit earnings and forfeitures.

Specific questions regarding an inmate's release date should be directed to the KDOC's sentence computation unit at (785) 296-3317 or by e-mail.

_____

## Names

| Name Type | Name |
|---|---|
| Conviction | MAKTHEPHARAK, SASHADA |
| True | MAKTHEPHARAK, SASHADA BONG |
| Alias | POCAHONTAS, |
| Alias | MAKTHEPHARAK, BONG |
| Alias | ALPHABET, POCOHONTAS ALPHABET |



(/kasper/search/image?kdocNumber=0073697&imageNumber=1)

**MAKTHEPHARAK, SASHADA**

**Approx Picture Date**

2019-10-01

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Dec 14, 1984 | 38 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 5'-6" | 143 | Male | Asian or Pacific Islander |

## Current Status reported by Dept. of Corrections

| Work or Program Participation | Not Working

| Earliest Possible Release Date (1) |

| Current Status | Incarcerated

| Admission Date | Jan 02, 2002

| Current Location (2) | **Lansing CF-Central (http://www.doc.ks.gov/facilities/lcf)**
| Custody Level |

**(1) This date could be affected by a parole board decision or good time and/or program credit.**

**(2) Click on Location for the Facility web site.**

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 01CR1505 | May 25, 2001 | Dec 04, 2001 | N/A | Murder in the First Degree | 1 | Off Grid | Active | KS |
| Sedgwick | 01CR1505 | May 25, 2001 | Dec 04, 2001 | N/A | Aggravated Burglary | 1 | Non Drug-Grid Severity Level 5 | Active | KS |
| Sedgwick | 01CR1505 | May 25, 2001 | Dec 04, 2001 | N/A | Criminal Possession Firearm;Felon Within 10 yrs | 1 | Non Drug-Grid Severity Level 8 | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Lansing CF-Central | Oct 01, 2019 | Inter-Facility Movement |
| Hutchinson CF-Central | Jun 03, 2010 | Inter-Facility Movement |
| Hutchinson CF-East | May 12, 2010 | Inter-Facility Movement |
| Hutchinson CF-Central | Aug 19, 2003 | Inter-Facility Movement |
| Ellsworth CF | Aug 14, 2003 | Inter-Facility Movement |
| El Dorado CF-Central | Jan 02, 2002 | New Court Commitment |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
| --- | --- | --- | --- |
| Sep 27, 2021 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Nov 02, 2020 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Mar 07, 2020 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Dec 24, 2019 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| May 25, 2019 | 1 | Hutchinson Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| May 25, 2019 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Feb 25, 2019 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Dec 15, 2017 | 2 | Hutchinson Correctional Fac. - Central | Misuse of State Property |
| Mar 05, 2017 | 1 | Hutchinson Correctional Fac. - Central | Possession UnAuth Commo Device |
| Mar 05, 2017 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Mar 05, 2017 | 1 | Hutchinson Correctional Fac. - Central | Viol Statute (Felony Crime) |
| Feb 03, 2016 | 1 | Hutchinson Correctional Fac. - Central | Possession UnAuth Commo Device |
| Sep 20, 2015 | 1 | Hutchinson Correctional Fac. - Central | Possession UnAuth Commo Device |
| Oct 06, 2014 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| Sep 08, 2014 | 1 | Hutchinson Correctional Fac. - Central | Theft |
| Jul 09, 2014 | 1 | Hutchinson Correctional Fac. - Central | Possession UnAuth Commo Device |
| Jan 21, 2012 | 2 | Hutchinson Correctional Fac. - Central | Less Dangerous Contraband |
| Nov 16, 2010 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Nov 16, 2010 | 2 | Hutchinson Correctional Fac. - Central | Less Dangerous Contraband |
| Nov 16, 2010 | 2 | Hutchinson Correctional Fac. - Central | Regis. & Use of Pers. Property |
| Nov 16, 2010 | 2 | Hutchinson Correctional Fac. - Central | Unauthorized Dealing or Trade |
| May 12, 2010 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| May 12, 2010 | 2 | Hutchinson Correctional Fac. - Central | Sex Explicit Mtrl, n/SexOfndr |
| May 12, 2010 | 2 | Hutchinson Correctional Fac. - Central | Less Dangerous Contraband |
| Nov 21, 2007 | 1 | Hutchinson Correctional Fac. - Central | Interfering W/Official Duties |
| Jun 18, 2006 | 2 | Hutchinson Correctional Fac. - Central | Less Dangerous Contraband |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Nov 26, 2005 | 2 | Hutchinson Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Nov 17, 2004 | 2 | Hutchinson Correctional Fac. - Central | Work Performance |
| Apr 03, 2003 | 2 | El Dorado Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Mar 04, 2003 | 2 | El Dorado Correctional Fac. - Central | Restr Area/Unauth Presence |
| Jan 29, 2003 | 2 | El Dorado Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Aug 16, 2002 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |