### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SASHADA MAKTHEPHARAK, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 23-2121-DDC-RES |
| | ) |
| LAURA KELLY, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2024, I served Defendants' Rule 26(a)(1) Initial Disclosures along with Defendants' Privilege Log on counsel of record for Plaintiff via electronic mail.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*