IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SASHADA MAKTHEPHARAK,
    Plaintiff,

vs.

LAURA KELLY, *et al.*,
    Defendants.

Case No. 2:23-cv-02121-DDC-RES

**CERTIFICATE OF SERVICE OF PLAINTIFF'S DISCOVERY REQUESTS**

I hereby certify that on July 26, 2024, I served a true and accurate copy of the following via electronic mail upon counsel for Defendants:

1. Plaintiff's First Request for Production of Documents and Things to Defendants
2. Plaintiff's First Interrogatories to Defendants

Dated: July 25, 2024

    Respectfully submitted,

    *Jonathan Sternberg, Attorney, P.C.*

    by /s/Jonathan Sternberg
    Jonathan Sternberg, Kan. #25902
    2323 Grand Boulevard #1100
    Kansas City, Missouri 64108
    (816) 292-7020
    jonathan@sternberg-law.com

    COUNSEL FOR PLAINTIFF

<u>Certificate of Service</u>

      I certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which sent electronic notification of that filing to the following:

| | |
|---|---|
| Mr. Matthew L. Shoger | Counsel for Defendants |
| Mr. Shon D. Qualseth | |
| Office of the Kansas Attorney General | |
| 120 SW 10th Avenue, 2nd Floor | |
| Topeka, Kansas 66612 | |
| (785) 296-2215 | |
| matt.shoger@ag.ks.gov | |
| shon.qualseth@ag.ks.gov | |

/s/Jonathan Sternberg
Attorney