IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SASHADA MAKTHEPHARAK, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 23-2121-DDC-RES |
| | ) |
| LAURA KELLY, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of August, 2024, I served on counsel of record for Plaintiff, via electronic mail, Defendants' Response to Plaintiff's First Interrogatories to Defendants, Defendants' Response to Plaintiff's First Requests for Production of Documents and Things to Defendants, and documents Bates stamped as OAG000001–OAG000269.

    Respectfully submitted,

    KRIS W. KOBACH
    ATTORNEY GENERAL OF KANSAS

    */s/ Matthew L. Shoger*
    Matthew L. Shoger, KS No. 28151
    Assistant Attorney General
    Office of the Attorney General
    120 SW 10th Ave., 2nd Floor
    Topeka, Kansas 66612-1597
    matt.shoger@ag.ks.gov
    785-296-2215
    Fax: (785) 291-3767
    *Attorney for Defendants*