

**Exhibit D**

Capitol Building
Room 241 South
Topeka, KS 66612

**Office of the Governor**

Phone: (785) 296-3232
governor.kansas.gov

Laura Kelly, Governor

June 22, 2022

Sashada Makthepharak #73697
LCF - Central
301 E. Kansas Ave.
Lansing, KS 66043

     *Re: Request for Clemency*

Dear Mr. Makthepharak

Please be advised that the Governor has denied your request for clemency at this time.

Sincerely,



Justin Whitten
Chief Counsel
Office of the Governor

CC: Department of Corrections
     Kansas Prisoner Review Board
     Sharon Brett, ACLU