**SASHADA MAKTHEPHARAK**

1    .

2        IN THE UNITED STATES DISTRICT COURT

3            FOR THE DISTRICT OF KANSAS

4    .

5    .

6    SASHADA MAKTHEPHARAK,

7            Plaintiff,

8    .

9        vs.                    Case No. 23-2121-DDC-RES

10    .

11    LAURA KELLY, et al.,

12            Defendants.

13    .

14    .

15                DEPOSITION OF

16                SASHADA MAKTHEPHARAK,

17    taken on behalf of the Defendants, pursuant to

18    Notice to Take Deposition, beginning at 2:01 p.m.

19    on the 29th day of August, 2024, at the Lansing

20    Correctional Facility, 301 East Kansas Street, in

21    the City of Lansing, County of Leavenworth, and

22    State of Kansas, before Ksenija M. Zeltkalns, RPR,

23    Kansas CCR No. 1461.

24    .

25    .

**Appino Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## SASHADA MAKTHEPHARAK

```
1                          APPEARANCES
2        .
3        .
4    ON BEHALF OF THE PLAINTIFF:
5        .
6        Mr. Jonathan Sternberg
7        Jonathan Sternberg, Attorney, PC
8        2323 Grand Boulevard, Suite 1100
9        Kansas City, Missouri  64108
10       816.292.7020
11       jonathan@sternberg-law.com
12       .
13       .
14   ON BEHALF OF THE DEFENDANTS:
15       .
16       Mr. Matthew L. Shoger
17       Mr. Shon D. Qualseth
18       Attorney General's Office
19       120 Southwest Tenth Avenue, Second Floor
20       Topeka, Kansas  66612
21       785.368.6204
22       matt.shoger@ag.ks.gov
23       shon.qualseth@ks.gov
24       .
25       .
```



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## SASHADA MAKTHEPHARAK

```
 1                          INDEX
 2    .
 3    .
 4    Certificate ----------------------------- 48
 5    .
 6    .
 7                         WITNESS
 8    ON BEHALF OF DEFENDANTS:                  PAGE
 9    SASHADA MAKTHEPHARAK
10    Direct-Examination by Mr. Shoger          4
11    Cross-Examination by Mr. Sternberg        38
12    .
13    .
14                         EXHIBITS
15    MAKTHEPHARAK DEPO EXHIBIT NO.:            MARKED
16    No 1   Prisoner Review Board Action Notice   25
17    No 2   Inmate Program Plan Form          7
18    No 3   Defendants' First Set of
19           Interrogatories to Plaintiff      14
20    No 4   First Amended Civil Complaint      23
21    .
22    .
23    .
24    .
25    .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## SASHADA MAKTHEPHARAK

1               SASHADA MAKTHEPHARAK,

2    Called as a witness on behalf of the Defendants,

3    having been duly sworn, testified as follows:

4    DIRECT-EXAMINATION

5    BY MR. SHOGER:

6        Q.   I'm Matt Shoger.  This is my co-counsel,

7    Shon Qualseth.  We represent the State of Kansas.

8    Have you ever given a deposition before?

9        A.   Never.

10       Q.   Have you ever testified under oath?

11       A.   Never.  Oh, yes.  On my case?  I -- yeah.

12   In court, yeah, I have.

13       Q.   Okay.

14       A.   During a suppression hearing.

15       Q.   You understand that right now you are

16   sworn in.  You're under oath?

17       A.   Yes.

18       Q.   The court reporter is taking down

19   everything you're saying?

20       A.   Yes.

21       Q.   And there will be a transcript, so head

22   nods, saying things like uh-huh or huh-uh, are

23   really -- are difficult to take down and

24   understand on a transcript, so I'm --

25       A.   Yeah.  I'm aware.



5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

## SASHADA MAKTHEPHARAK

1    Q.    Okay.  And it's difficult if multiple
2    people are talking over each other, so I'm going
3    to let you finish your answers when you give an
4    answer, when you finish your answer, and I'm
5    asking that you let me finish the question.  Does
6    that make sense?
7    A.    Yes.
8    Q.    And if you don't understand a question,
9    just ask me to repeat it or rephrase it.  Does
10   that make sense?
11   A.    Yeah.
12   Q.    Because if you answer, I'm going to be --
13   is it safe to assume that you understood the
14   question then?
15   A.    If I answered; yes.
16   Q.    There may be objections from your
17   counsel.  Those are for the record unless he
18   instructs you not to answer.  So if he make an
19   objection without instructing you not to answer,
20   you still have to answer.
21   A.    Yes.  Um-hm.
22   Q.    This is just a standard question.  Are
23   you on any medications that might affect your
24   ability to understand or answer any questions?
25   A.    No, no medication.

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## SASHADA MAKTHEPHARAK

1      Q.    Have you -- did you meet your counsel
2   prior to this deposition to discuss it?
3      A.    Not in person.
4      Q.    Okay.  So on the phone?
5      A.    Yes.  On the phone.
6      Q.    How long did you discuss it?
7      A.    Oh, two days ago.  Was it two days ago or
8   yesterday?
9      Q.    How long was the call?
10     A.    A good 30 minutes.
11     Q.    So I'm going to ask you some questions
12  about why you're in prison.
13     A.    Yes.
14     Q.    What were you convicted of?
15     A.    Felony murder, criminal possession of
16  firearm, and aggravated burglary.
17     Q.    You were 16 at the time of those
18  offenses?
19     A.    16 at the time of the crime.
20     Q.    You were tried as an adult?
21     A.    Yes.
22     Q.    And you were sentenced -- for the felony
23  murder you were sentenced to life with possibility
24  of parole at 20 years?
25     A.    Yes.



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## SASHADA MAKTHEPHARAK

1    Q.    And for the other two it was a combined

2    total of 64 months?

3    A.    Yeah.

4    Q.    I'm going to ask you some questions about

5    your time in prison.  When you entered into

6    prison, was there a -- did you enter into a

7    program plan?

8    A.    No.  Like an RDU evaluation?  Yes.

9    That's what they call it here.

10    Q.    Okay.  So it was an evaluation form?

11    A.    Yes.

12    Q.    Okay.  Do you remember filling out an

13    agreement about programs that you would complete

14    while you were here?

15    A.    Just only that evaluation.

16    MR. SHOGER:  Okay.  I'm going to mark

17    this as Exhibit 2.

18    (THEREUPON, Makthepharak Deposition

19    Exhibit No 2 was marked for identification.)

20    BY MR. SHOGER:

21    Q.    Do you recognize this document?

22    A.    Yes, I do.

23    Q.    What is this document?

24    A.    An RDU evaluation.

25    Q.    Okay.  What is -- how would you -- what



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## SASHADA MAKTHEPHARAK

1    does RDU stand for?

2         A.    I never knew.

3         Q.    Okay.  What is the purpose of this form?

4         A.    I never knew either, because I was young

5    and I didn't know the system.

6         Q.    At the bottom of the form it says:  I

7    acknowledge that I have been afforded an

8    opportunity to enter into a program plan.  I

9    understand that such a program plan is optional

10   but the failure to participate in or successfully

11   complete recommended programs shall result in the

12   withholding of good time credits which affect my

13   date of release.

14        Did I read that correctly?

15        A.    Yes.

16        Q.    And then there it has you marked that you

17   agreed with that statement?

18        A.    I signed it.  Yes.

19        Q.    Did you ever fill out forms similar --

20   any forms similar to this?

21        A.    No.

22        Q.    So you never filled out a form like this?

23        A.    I didn't fill this out, by the way.  This

24   was already pre-marked by the counsel.  I just

25   signed it.  It's nothing that I fill out.


Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

# SASHADA MAKTHEPHARAK

1      Q.    And who did you fill this form out -- or

2   who did -- who filled this form out?

3      A.    A counselor at the time.

4      Q.    So it was somebody who worked at

5   department of corrections?

6      A.    Yes.

7      Q.    So it was somebody that worked for the

8   secretary of corrections?

9      A.    I can't answer that.  I wouldn't know.

10      Q.    I'm going to ask you about your job

11   history.  Do you have a job currently?

12      A.    No.

13      Q.    What jobs have you worked while in the

14   department of corrections?

15      A.    Print shop, Seat King, kitchen jobs,

16   laundry jobs, porter jobs.  Those are the jobs.

17      Q.    When did you work in the print shop?

18      A.    I would say 2004 to 2010.

19      Q.    At the time of your hearing in 2021 you

20   worked as a barber?

21      A.    Yes, a barber.

22      Q.    How long did that last?

23      A.    Two years.

24      Q.    You've worked a variety of jobs while

25   you've been here?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## SASHADA MAKTHEPHARAK

1      A.    Yes, a lot.

2      Q.    I'm going to ask you some questions about

3   your disciplinary reports, specifically as relates

4   to your parole hearing in 2021, the disciplinary

5   reports that were considered.

6      A.    Okay.

7      Q.    At that time you had some dangerous

8   contraband disciplinary reports.  Is that correct?

9      A.    Yes.

10      Q.    You had several of those?

11      A.    Yes.

12      Q.    And those are class one disciplinary

13   reports.  Is that right?

14      A.    Yes.

15      Q.    And you've had disciplinary reports for

16   interfering with cell operation visibility?

17      A.    Yes.  One.

18      Q.    That's a class one as well?

19      A.    No, it's a -- I was saying I only had one

20   of those, but yes, it's a class one also.

21      Q.    You had one for having a bottle cap in

22   the cell door keeping it from closing?

23      A.    Yes.

24      Q.    And you had another disciplinary report

25   for hanging a sheet, interfering with the cell

Appino & Biggs Reporting Service, Inc.

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## SASHADA MAKTHEPHARAK

1    visibility?

2         A.    Yes.

3         Q.    How many -- if you had to estimate how

4    many total disciplinary reports you've had during

5    your time at the department of corrections, what

6    would you guess?

7         A.    35.

8         Q.    There's 34 on the KASPER report so that's

9    pretty close.

10        A.    Okay.

11        Q.    How many of those do you think are class

12   ones?

13        A.    Majority of it.

14        Q.    Yeah.  It's 16 so --

15        A.    Okay.

16        Q.    -- just over half.  I'm going to ask you

17   some questions about your custody classification.

18        A.    Okay.

19        Q.    Have your disciplinary reports affected

20   your classification level?

21        A.    Yes.

22        Q.    They make your classification level

23   increase?

24        A.    Increase and activate.

25        Q.    What do you mean by activate?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### SASHADA MAKTHEPHARAK

1      A.     Activate gang activity or gang point.

2      **Q.     Could you elaborate on that?**

3      A.     Yeah.  I could give you an example that

4  if I -- if I have 15 points and if I get a DR, it

5  -- it automatically makes me a -- an active

6  member, so it puts me at max.  So it gives me it

7  gives me 23 points automatically.

8      **Q.     So they infer from the number of**

9  **disciplinary reports --**

10     A.     No, they just -- it wouldn't matter what

11  DR you get, it's automatic activated once you get

12  a DR and they, just for their security reasons,

13  classification reasons, but that's how they always

14  classified it.

15     **Q.     Okay.  How long does the increase to your**

16  **classification level last?**

17     A.     Which part?

18     **Q.     Both of them.**

19     A.     Disciplinaries normally last a year, but

20  with gang activation, it's three years.

21     **Q.     And your custody classification is going**

22  **to be increased for that period of time?**

23     A.     To increase?  What do you mean by

24  increase?

25     **Q.     The classification level would be**

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

```
 1   increased?

 2        A.   Yes.

 3        Q.   What's the lowest custody classification

 4   level you've had while at the department -- while

 5   in department of corrections custody?

 6        A.   I've seen that it's been low-medium.

 7        Q.   What is your custody classification

 8   currently?

 9        A.   Special management.

10             THE REPORTER:  Repeat that.

11             THE WITNESS:  Special management.

12   BY MR. SHOGER:

13        Q.   Why is that?

14        A.   A DR.

15        Q.   Do you have any reason to believe that

16   you're stuck in a certain custody classification

17   or above?

18        A.   No.  I don't understand the question.

19        Q.   Is it possible for you to eventually get

20   to a minimum --

21        A.   No, never.

22        Q.   -- custody classification?  Why is that?

23        A.   Classification doesn't allow -- or it's

24   impossible with the sentence I got.

25        Q.   What about medium-low?
```



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## SASHADA MAKTHEPHARAK

1      A.   Yes.

2      Q.   **So it would be possible for you to get to**

3  **medium-low custody?**

4      A.   I would say yes but I don't know the

5  numbers.

6           MR. SHOGER:  Pulling out another exhibit.

7  I'll mark this one as Exhibit 3 for

8  identification.

9           (THEREUPON, Makthepharak Deposition

10  Exhibit No 3 was marked for identification.)

11           BY MR. SHOGER:

12      Q.   **This is -- well, do you recognize this**

13  **document?**

14      A.   Yes.

15      Q.   **What is this document?**

16      A.   It's my lawyer's -- or theirs?

17           MR. STERNBERG:  Because of the title.

18           MR. SHOGER:  Yes.  The title is probably

19  confusing on it.

20           MR. STERNBERG:  It's our response.

21           THE WITNESS:  Okay.

22           THE REPORTER:  What did you say?

23           MR. STERNBERG:  It's our response.

24      A.   Okay.  Yeah.  This is our response to

25  interrogatories.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

### SASHADA MAKTHEPHARAK

1    BY MR. SHOGER:

2        Q.   It's a weird word.  It doesn't come up

3    much else out of the legal context,

4    interrogatories.  I was trying to explain that

5    word to someone else recently and realized that it

6    only comes up in legal context.  I'm used to

7    seeing it.  And you signed this at the end; right?

8        A.   Yes.  On behalf of my attorney.

9        Q.   Could you turn to interrogatory No. 5 in

10   the --

11            MR. STERNBERG:  Can I help him?

12            MR. SHOGER:  Yeah.

13   BY MR. SHOGER:

14       Q.   In the second paragraph there it says:

15   So no matter what plaintiff's record in prison is,

16   from personal knowledge plaintiff knows the fact

17   that he cannot be classified below medium-high.

18       Did I read that correctly?

19       A.   Yes.

20       Q.   And then it says:  And is ineligible for

21   minimum ever.  Did I read that correctly?

22       A.   I don't even see where you're at.

23       Q.   I was right after where I read before,

24   the middle line of that second paragraph.

25       A.   Okay.  Oh, yes, you read it.



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## SASHADA MAKTHEPHARAK

1    Q.    So it says:  From -- again, from personal

2    knowledge plaintiff knows it is fact that he

3    cannot be classified below medium-high.  You just

4    told me you thought it was possible for you to be

5    classified as medium-low.  Could you explain that?

6    A.    Yeah.  I don't know the difference

7    between high and -- high-medium and low-medium,

8    there's no differential for inmates in here.  It's

9    just the unit team classifies that so I don't know

10   the difference.

11   Q.    Okay.  If you'd turn -- can you help him

12   turn to his signature page?

13         MR. STERNBERG:  Um-hm.

14   BY MR. SHOGER:

15   Q.    And there it says that you declare under

16   penalty of perjury, under a federal statute, that

17   the foregoing answers given are true and correct

18   to the best of your knowledge and belief?

19   A.    Yes.

20   Q.    And you and you signed that?

21   A.    Yes.

22   Q.    Affirming that the answer that I just

23   read is true and correct to the best of your

24   knowledge and belief?

25   A.    Yes.



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## SASHADA MAKTHEPHARAK

1      Q.    So again, it says from personal knowledge
2  you know the fact that you cannot be classified
3  below medium-high.  You just said you don't know
4  the difference between those classification
5  levels.  How did you have personal knowledge of
6  that?

7      A.    That I was a medium-high?

8      Q.    That you could not be classified below
9  medium-high.

10     A.    I've always been medium-high.  I -- I
11 never knew that they put me anything below that.
12 If I was anything ever below that, it was never to
13 my knowledge.  It was the unit team's.  They did
14 it on their own.

15     Q.    Did you read these answers before you
16 signed?

17     A.    Yes.

18     Q.    And you double checked these answers to
19 make sure they were true before you signed?

20     A.    Yes.

21     Q.    Do you stand by that statement, that from
22 personal knowledge you know the fact that you
23 cannot be classified below medium-high?  Would you
24 like to correct that statement?

25     A.    Yeah.  Because I've been low-medium

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## SASHADA MAKTHEPHARAK

1   because -- according to the records, but only by

2   the information being exposed to me.  I never

3   knew.

4        Q.    So you do not have personal knowledge of

5   what classification levels you could be classified

6   at?

7        A.    I'm not understanding.  Repeat that one

8   more time.

9        Q.    So you do not have personal knowledge of

10  what classification levels you could be classified

11  at?

12       A.    Yes, I do have personal knowledge that I

13  am, because the unit teams tell me a yearly

14  review.

15       Q.    They tell you what your classification

16  level currently is?

17       A.    On the yearly review.

18       Q.    But you don't have personal knowledge of

19  what custody classification levels it's possible

20  for you to be at?

21       A.    For possibility?

22       Q.    Yes?

23       A.    No.

24       Q.    Leading up to the hearing in 2021, the

25  parole hearing, you received a packet of



5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

## SASHADA MAKTHEPHARAK

1   documents.   Is that correct?

2        A.   Yes.

3        Q.   You received it over a month before the

4   hearing?

5        A.   Yes, 30 days.

6        Q.   And you reviewed that packet?

7        A.   Yes, I did.

8        Q.   And in fact there was a mental health

9   evaluation in that packet --

10        A.   Yes.

11        Q.   -- is that correct?  And you were

12   concerned about that so you sent a letter to the

13   prison review board requesting a new mental health

14   evaluation.   Is that correct?

15        A.   I did.

16        Q.   So you reviewed it carefully?

17        A.   Yes.

18        Q.   Did you ask if you could have an attorney

19   attend your parole hearing in 2021?

20        A.   Who was I supposed to ask?

21        Q.   Did you ask any -- any staff members if

22   it was possible to have an attorney attend?

23        A.   I asked my unit teams.

24        Q.   You did ask your unit teams if you could

25   have an attorney attend?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

1       A.    Yes.

2       Q.    What did they tell you?

3       A.    Oh, they had no knowledge if that was

4  available or not.

5       Q.    You had previously sent a letter to the

6  prison review board directly?

7       A.    Yes.

8       Q.    Did you send a letter to them asking if

9  you could have an attorney attend the hearing?

10      A.    No.

11      Q.    Did you ask the unit team or the prison

12 review board if you could introduce any written

13 evidence?

14      A.    No.

15      Q.    Did you ask either if you could have

16 input provided by any experts?

17      A.    Did I ask?

18      Q.    Did you ask?

19      A.    No.

20      Q.    Did you ask if you could have input be

21 provided by anyone who knows you?

22      A.    No.

23      Q.    Did you ask if you could have any

24 subpoenas issued?

25      A.    No.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## SASHADA MAKTHEPHARAK

1      Q.    Going to ask about the hearing itself now

2  in 2021.  It was a virtual hearing?

3      A.    Yes.  A Zoom; yes.

4      Q.    So by video call.  Who was there, or

5  since it was virtual, who participated?

6      A.    Three members of the board, Ogletree,

7  Mark, and Jeannie.  I think that's how you say

8  that name.  My unit team at the time, Ms. Raw,

9  and there was the reentry lady.  I don't remember

10  her name.

11     Q.    The reentry coordinator?

12     A.    Yes.

13     Q.    Was the -- did the Governor of the State

14  of Kansas participate in that hearing?

15     A.    No.

16     Q.    Did the secretary of corrections

17  participate in that hearing?

18     A.    No.

19     Q.    During the hearing you had an opportunity

20  to present an opening statement?

21     A.    Yes.

22     Q.    They asked you if you wanted to present

23  an opening statement?

24     A.    Yes.

25     Q.    Did you?



5111 SW 21st Street          6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604             Suite 101                 Suite 305
785-273-3063                 Overland Park, KS 66212   Wichita, KS 67202
www.appinobiggs.com          913-383-1131             316-201-1612

## SASHADA MAKTHEPHARAK

```
 1        A.    The interview began.

 2        Q.    The board asked you questions?

 3        A.    Yes.

 4        Q.    And you had opportunities to comment on

 5   any matters the board brought up?

 6        A.    Say that one more time?

 7        Q.    You had opportunities to -- to answer

 8   their questions?

 9        A.    Yes.

10        Q.    And to comment on matters that they

11   brought up?

12        A.    Yes.

13        Q.    At the end they asked you if you had

14   anything -- withdraw that.

15        At the end they asked you if you had anything

16   else that you wanted the board to consider?

17        A.    To consider?

18        Q.    Um-hm?

19        A.    I don't recall that.

20        Q.    Did you bring anything up that the board

21   had not already brought up?

22        A.    Did they bring up anything ...

23        Q.    Did -- did you ask the board to consider

24   anything that they hadn't already asked you about?

25        A.    Oh, no.
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

## SASHADA MAKTHEPHARAK

1      Q.    Your unit team testified at your parole

2  hearing?

3      A.    Yes.

4      Q.    That was -- that was favorable toward you

5  getting parole?

6      A.    I wouldn't say favorable towards getting

7  my parole.  It was just favorable in my character.

8      Q.    It was positive about you?

9      A.    Yes.

10     Q.    Was any evidence considered by the board

11  that seemed inappropriate for them to be

12  considering?

13     A.    No.

14     Q.    Did you have other evidence that you

15  wanted to present?

16     A.    No.

17     Q.    Do you recall that in your -- in your

18  complaint you said you did not have an opportunity

19  to demonstrate maturity and rehabilitation?

20     A.    I did not have the ... repeat that again.

21     Q.    I'll pull out the document and show you.

22  I'm marking this as Exhibit 4 for identification.

23          (THEREUPON, Makthepharak Deposition

24  Exhibit No 4 was marked for identification.)

25     BY MR. SHOGER:



5111 SW 21st Street          6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063                 Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com          913-383-1131               316-201-1612

### SASHADA MAKTHEPHARAK

1    Q.    This is your complaint in this case?

2    A.    Yeah.

3    Q.    Could you turn to page -- well, paragraph

4    No. 117.  I'm going to read that paragraph.  It

5    says:  The Eighth Amendment forbids a statutory

6    scheme that mandates life imprisonment for

7    juveniles or permits life sentences for juveniles

8    in nonhomicide cases without adequate regard for

9    their status as minors, and then denies them a

10   meaningful opportunity for release upon

11   demonstrative maturity and rehabilitation.  A

12   meaningful opportunity for release includes the

13   opportunity to demonstrate rehabilitation.

14   Did I read that correctly?

15   A.    Yes.

16   Q.    And your complaint complains that that

17   has not occurred?

18   A.    No.

19   Q.    Your complaint does not complain that

20   that hasn't occurred?

21   A.    Oh, yeah.  It -- I'm not -- what do you

22   mean occur, like ...

23   Q.    Do you believe that you had a meaningful

24   opportunity for release based upon demonstrated

25   maturity and rehabilitation?

Appino & Biggs Reporting Service, Inc.

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604               Suite 101                    Suite 305
785-273-3063          Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com            913-383-1131              316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

# SASHADA MAKTHEPHARAK

1      A.    Oh, yes.

2      Q.    After the parole hearing, a couple weeks

3  later a parole decision was made?

4      A.    Yes.

5      Q.    The prison review board had conducted

6  your hearing?

7      A.    Yes.

8      Q.    And now the prison review board made the

9  parole decision?

10     A.    Yes.

11     Q.    How did you hear about the decision?

12     A.    Unit team.

13     Q.    How did they tell you?

14     A.    Called me in the office and handed me a

15  slip of paper.

16     Q.    I'll pull that what I think is that slip

17  of paper out.  This is marked as Exhibit 1 for

18  identification.

19         (THEREUPON, Makthepharak Deposition

20  Exhibit No 1 was marked for identification.)

21  BY MR. SHOGER:

22     Q.    Is that the slip of paper they handed

23  you?

24     A.    Yes, it is.

25     Q.    What decision was made?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

1      A.    Pass to May 1st, 2024.

2      Q.    So you were not paroled?

3      A.    Passed, yes.

4      Q.    It gives reasons why you were not

5  paroled?

6      A.    Yes.

7      Q.    It says denies responsibility?

8      A.    Yes.

9      Q.    And it says disciplinary reports?

10     A.    Yes.

11     Q.    And in fact it gives a recommendation to

12 be paroled in the future?

13     A.    Is that it?  It doesn't look like a

14 recommendation to be paroled.  It just says

15 recommended stay DR free.

16     Q.    What does that mean?

17     A.    Disciplinary report free.

18     Q.    Okay.  So what would it mean to be free

19 of disciplinary reports?

20     A.    To have no disciplinary reports written

21 issues.

22     Q.    For a period of time?

23     A.    For a period of time.

24          MR. STERNBERG:  Object -- well, doesn't

25 matter.



5111 SW 21st Street        6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604           Suite 101                Suite 305
785-273-3063               Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com        913-383-1131             316-201-1612

### SASHADA MAKTHEPHARAK

1          MR. SHOGER:  No recent disciplinary

2     reports.

3          BY MR. SHOGER:

4          Q.   So if you went without disciplinary

5     reports for, say, a year?

6          A.   Okay.

7          Q.   Do you think you'd be paroled?

8          A.   That's not guaranteed; no.

9          Q.   Would it be more likely?

10         A.   That would be unknown.

11         Q.   What do you think you need to do to

12    receive a favorable parole decision?

13         A.   That would be unknown.

14         Q.   Where it says DR free, why do you think

15    the parole board made that recommendation?

16         A.   Because my past disciplinary reports.

17         Q.   So it gives those two reasons, denies

18    responsibility and disciplinary reports?

19         A.   Yes.

20         Q.   Do you have any reason to believe your

21    parole is passed for any other reason?

22         A.   No.

23         Q.   Do you have any reason to believe that

24    your parole was passed because of failure to

25    complete any programs?



5111 SW 21st Street      6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604         Suite 101                Suite 305
785-273-3063             Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com      913-383-1131             316-201-1612

# SASHADA MAKTHEPHARAK

1        A.    Not to my knowledge, no.

2        Q.    Do you have any reason to believe that

3   either of those two reasons were more important

4   than the other one?

5        A.    No.

6        Q.    Did -- did the board tell you that they

7   outright refused to take your age at the time of

8   the offense into consideration?

9        A.    Say that first part again?

10       Q.    Did the board tell you that they refused

11  to consider that you were a minor at the time of

12  the offense?

13       A.    Did they refuse me?

14       Q.    Did -- did they refuse to factor into

15  their decision that you were 16 at the time of the

16  offenses?

17       A.    They didn't state nothing to me about

18  refusal.

19       Q.    Do you have any reason to believe that

20  behind the scenes the secretary of corrections

21  submitted some kind of report to the board?

22       A.    Behind the scenes?  I don't --

23       Q.    Or at all?

24       A.    Are you asking me to assume?

25       Q.    No.  I'm asking if you have any personal

Appino & Biggs Reporting Service, Inc.

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

### SASHADA MAKTHEPHARAK

1  knowledge of a report being submitted by the

2  secretary of corrections to the prison review

3  board?

4      A.    The only knowledge I have is the K.S.A.

5  Chapter 75 about the secretary procedures.

6      Q.    Other than the statute, you have no

7  reason to believe that a report was submitted?

8      A.    No.

9      Q.    And other than the statute you have no

10  reason to believe that the secretary was involved

11  at all in the parole decision?

12      A.    No.

13      Q.    When you say no, could you clarify what

14  -- do you have an -- let me withdraw that

15  question.

16      So why do you think that your parole was

17  passed in 2021?

18      A.    Denied responsibility and the

19  disciplinary reports.

20      Q.    I'm going to ask you some questions about

21  your recent parole hearing in 2024.

22      A.    Yes.

23      Q.    Did you have an attorney there?

24      A.    No.

25      Q.    Why not?



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## SASHADA MAKTHEPHARAK

1      A.    I didn't afford one.

2      Q.    So your counsel did not attend?

3      A.    No.

4      Q.    And parole was passed again?

5      A.    Yes.

6      Q.    Why was it passed?

7      A.    Disciplinary reasons.

8      Q.    You had had disciplinary reports for

9   possession of an unauthorized communication

10  device?

11     A.    Yes.

12     Q.    There were two of them recently before

13  that hearing?

14     A.    Yes.

15     Q.    And they were class one?

16     A.    Yes.

17     Q.    The prison review board again told you to

18  remain disciplinary report free?

19     A.    Yes.

20     Q.    During the hearing they told you to give

21  up your cell phones, to stop having contraband

22  cell phones?

23          MR. STERNBERG:  Objection as to form.

24          MR. SHOGER:  I'll rephrase.

25      BY MR. SHOGER:



5111 SW 21st Street        6420 W. 95th Street       800 E. 1st Street
Topeka, KS 66604           Suite 101                 Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131              316-201-1612

TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

### SASHADA MAKTHEPHARAK

1      Q.    During the hearing did they tell you

2   anything about cell phones?

3      A.    Yeah.  We had conversations about it.

4      Q.    How did that conversation go?

5      A.    Why I had cell phones and why use cell

6   phones.

7      Q.    And what did you say?

8      A.    To communicate with family and friends.

9      Q.    Did they tell you that parole would be

10  more likely if you were to not have contraband

11  cell phones?

12     A.    No, they didn't.

13     Q.    Did they say anything about not having

14  contraband cell phones for six months, a year, any

15  period of time?

16     A.    No, they didn't.

17     Q.    After the hearing in July you had another

18  disciplinary report for possession of an

19  unauthorized communication device?

20     A.    Yes.

21     Q.    Do you still stay in touch with your

22  family?

23     A.    Yes.

24     Q.    How do you do that?

25     A.    The GTL tablet and a setup for a video

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

1    visit.

2        Q.    Do you have an unauthorized cell phone

3    now?

4        A.    No.

5        Q.    So parole was passed due to disciplinary

6    reports?

7        A.    Yes.

8        Q.    Did you understand that if you continue

9    to break the rules, you probably will not have

10   parole granted?

11       A.    More likely.

12       Q.    Did you understand that if you go without

13   disciplinary reports for a while, parole would be

14   more likely?

15       A.    No.

16            MR. SHOGER:  Did I mark the complaint as

17   Exhibit 4?

18            MR. STERNBERG:  Yes, you did.

19   BY MR. SHOGER:

20       Q.    Okay.  In the complaint marked as Exhibit

21   4, would you turn to paragraph 115?  Okay.  There

22   it says:  Mr. Mak -- how do you pronounce your

23   last name?

24       A.    Makthepharak.

25       Q.    Makthepharak.  Did I say that right?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

1    Okay.

2         Mr. Makthepharak has been denied, continues

3    to be denied, and unless remedied by this court,

4    will continue to be denied a meaningful and

5    realistic opportunity for release in that, I'm

6    going to skip over one, and then at two, he is

7    denied any explanation for what additional steps

8    he must take to be recommended for parole.

9         What did you mean by that in the complaint?

10        A.    Programs and ability to hit lower custody

11   to med-minimum.

12        Q.    For point two there, I think you might be

13   commenting on point one.  Point two where it says:

14   He was denied any explanation for what additional

15   steps he must take to be recommended for parole.

16        A.    Okay.

17        Q.    What -- what does that mean?

18        A.    That any explanation for denial for

19   additional steps that would require me to get

20   parole.

21        Q.    Did they not -- they did not provide you

22   any explanation for additional steps?

23        A.    As in what additional steps?

24        Q.    To be recommended for parole?

25        A.    The only additional step -- are you

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

# SASHADA MAKTHEPHARAK

```
 1   talking about the recommendation?
 2       Q.   The recommendation -- is the
 3   recommendation a recommendation of additional
 4   steps?
 5       A.   Yeah.  I don't -- there's no -- they
 6   didn't give me no additional steps.
 7       Q.   I'm going to ask you questions about
 8   parole in general.  Have you known anyone who has
 9   paroled?
10       A.   As just paroled individuals?
11       Q.   Um-hm?
12       A.   Like inmates?  Yes, I know inmates.
13       Q.   How often does that happen?
14       A.   That I know inmates?
15       Q.   That you know inmates who are paroled,
16   that are granted parole?
17       A.   I don't know much people that -- a
18   majority of friends I know are flat time.  I don't
19   know much the people that come up for parole.
20       Q.   So the number of inmates that you
21   interact with that are eligible for parole is low?
22       A.   Are you asking me if I know inmates that
23   get paroled?
24       Q.   Yes.
25       A.   No, I don't.
```



5111 SW 21st Street      6420 W. 95th Street      800 E. 1st Street
Topeka, KS 66604         Suite 101                Suite 305
785-273-3063             Overland Park, KS 66212  Wichita, KS 67202
www.appinobiggs.com      913-383-1131             316-201-1612

## SASHADA MAKTHEPHARAK

1      Q.    Because most of the inmates have a

2   determinate sentence, flat time?

3      A.    Yeah.  Or I don't even know their

4   sentence at all.

5      Q.    I'm going to ask you some questions about

6   the governor of Kansas.  What are you alleging she

7   did?

8      A.    I'm alleging that she holds a statute

9   that needs to be upheld, the K.S.A.s and the

10  parole process, that she governs all that.

11     Q.    Explain what you mean by that.

12     A.    She -- she oversees the secretary of

13  corrections.

14     Q.    Just by virtue of her position?

15     A.    I don't know what virtue means.

16     Q.    Just because she's the governor?

17          MR. STERNBERG:  Objection.  Calls for a

18  legal conclusion.

19     A.    She -- just because she's the governor?

20  Yes.

21     BY MR. SHOGER:

22     Q.    Are you alleging she did anything other

23  than oversee the secretary of corrections?

24     A.    Yes.

25     Q.    What?



# SASHADA MAKTHEPHARAK

1      A.    Oh, what was it?  Am I alleging she

2  oversees the secretary of corrections?

3      Q.    Sure.  I'll ask that.  Are you alleging

4  that she oversees the secretary of corrections?

5      A.    Yes.

6      Q.    Are you alleging anything else about the

7  governor?

8      A.    No.

9      Q.    Just some wrap up questions.  Do you have

10 anything to add to anything that we've talked

11 about?

12     A.    No.

13     Q.    I've been fair and courteous to you;

14 right?

15     A.    Yes, you have.

16     Q.    Do you want to correct anything that you

17 said?

18     A.    No.

19     Q.    And you'll have an opportunity to review

20 the transcript later and make any corrections

21 afterwards.  Do you understand that?

22     A.    I know now.  Okay.

23           MR. SHOGER:  All right.  I don't have any

24 more questions.  Could we take a break?

25           MR. STERNBERG:  We can take a break.

# SASHADA MAKTHEPHARAK

1    Sure.  I would like to ask some clarifying things,

2    so.

3            MR. SHOGER:  Sure.  Let's go off the

4    record.

5            (THEREUPON, a recess was taken.)

6    BY MR. SHOGER:

7    **Q.   I have a couple more questions.  You said**

8    **you were in special management right now due to**

9    **disciplinary reports?**

10   A.   Yes.

11   **Q.   What was that disciplinary report for?**

12   A.   Cell phone.

13   **Q.   That was the July possession of an**

14   **unauthorized communication device?**

15   A.   Yes.

16   **Q.   Do you know if the prison review board**

17   **considered age at the time of the offense?**

18   A.   Do I know if they considered age on the

19   first one or last one?

20   **Q.   Either one.  Do you know if they**

21   **considered it in either one?**

22   A.   In their decision making; no.

23   **Q.   You don't know?**

24   A.   Hm-um.

25           MR. SHOGER:  I have no more questions.

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

# SASHADA MAKTHEPHARAK

1           MR. STERNBERG:  Just a few things.

2       CROSS-EXAMINATION

3       BY MR. STERNBERG:

4       Q.   When -- I'll show you Exhibit 2 which was

5   this RDU as you called it, what's the date on

6   that?

7       A.   February 2nd, 2002.

8       Q.   How old were you at the time?

9       A.   I was still 16.

10      Q.   Did you have a lawyer at the time that

11  you were signing this?

12      A.   No.

13      Q.   Did you have any idea what you were

14  signing at the time?

15      A.   No.  Well, I think I was 17.

16      Q.   Same thing though, despite the fact that

17  you were 17 instead of 16, does that change your

18  answer?

19      A.   No.

20      Q.   You stated before that you had, you

21  figured, 35 disciplinary reports over the whole

22  time you were in prison.  How long have you been

23  in prison?

24      A.   As of right now, let's see, 23 and a

25  half.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604             Suite 101                  Suite 305
785-273-3063           Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com         913-383-1131              316-201-1612

# SASHADA MAKTHEPHARAK

1      Q.    So 35 of these over 23 and a half years.
2   Is it fewer toward the end or toward the beginning
3   or do you know?
4      A.    I would say once a year.
5      Q.    Do you get more now than you did before
6   or fewer now than you did before?
7      A.    Definitely -- it's definitely lower.
8      Q.    Turn to the interrogatories in Exhibit 3.
9   I'll use your copy.  Interrogatory No. 5, did you
10  and I go over these answers before you agreed to
11  them?
12     A.    Yes.
13     Q.    Did we discuss the current Security
14  Classification Manual today?
15     A.    Did we discuss it?  Yes.
16     Q.    And have you yourself seen the Security
17  Classification Manual?
18     A.    Personally; no.
19     Q.    Did you rely on my reading you what was
20  in there?
21     A.    Yes.
22     Q.    And does it state that you aren't
23  eligible for anything less than high-medium
24  custody when we went over it?
25     A.    Yes.



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

SASHADA MAKTHEPHARAK

```
 1        Q.   And is that what you based your answer
 2   on?
 3        A.   Yes.
 4        Q.   And when you were being asked questions
 5   about this before, were you confused?
 6        A.   Yes.
 7        Q.   You were asked about, in your parole
 8   hearing in 2021 whether you asked for an attorney.
 9   At the time did you have access to an attorney?
10        A.   No.
11        Q.   Did anyone tell you you had the right to
12   an attorney?
13        A.   No.
14        Q.   You were asked before whether you had
15   brought any expert witnesses or subpoenas.  Were
16   you ever informed that you would have the ability
17   to obtain experts or subpoenas or any other
18   witnesses or any other evidence?
19        A.   No.
20        Q.   Do you know now legally whether that's
21   allowed or not?
22        A.   The only thing I know legally is
23   attorney.
24        Q.   But even still, you don't have the
25   ability to bring any other witnesses to a hearing
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street         6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604            Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

SASHADA MAKTHEPHARAK

1    do you?

2        A.    No.

3        Q.    To be clear for the record, are you an

4    attorney?

5        A.    No.

6        Q.    Do you have any legal training of any

7    kind?

8        A.    No.

9        Q.    Do you rely on your counsel to voice your

10   complaints and your rights for you?

11       A.    As in my unit team counsel?

12       Q.    Sorry.  Counsel meaning lawyer, your

13   lawyers, do you rely on your lawyers for that?

14       A.    Yes.

15       Q.    Open question.  What is your lawsuit

16   against the State of Kansas that we're here about,

17   about?

18       A.    The procedures of parole.

19       Q.    What is your understanding of what the

20   claim is?

21       A.    The understanding of the claim?

22       Q.    Um-hm.  Yes?

23       A.    The policies and procedure of the parole

24   board being unfair between adults and juveniles.

25       Q.    So before you testified that you didn't

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

### SASHADA MAKTHEPHARAK

1   believe that you weren't allowed to bring anything
2   forward -- sorry.  Terrible question.  Withdraw
3   that.
4       Before you testified that you weren't allowed
5   -- that you weren't prohibited at the hearing from
6   addressing anything that you wanted to.  Were you
7   referring to the current system?
8       A.   Yes.
9       Q.   Is it your desire that the system be
10  different?
11      A.   Yes.
12      Q.   Do you believe that the current Kansas
13  parole system provides you a meaningful and
14  realistic opportunity to show maturity as the
15  driving characteristic for parole?
16      A.   No.
17      Q.   Do you believe that at the parole
18  hearings you've had so far you received a
19  meaningful opportunity, such as a lawyer might
20  bring, to show that you were -- have matured since
21  the time of your offense?
22      A.   No.
23      Q.   So turning back to the complaint in
24  Exhibit 4 and you were asked about the meaningful
25  opportunity, is that what you're challenging here?

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street         800 E. 1st Street
Topeka, KS 66604             Suite 101                   Suite 305
785-273-3063                 Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com          913-383-1131                316-201-1612

## SASHADA MAKTHEPHARAK

1          A.    Yes, I am.

2          Q.    **As to your complaint, did you draft this?**

3          A.    My attorney did.

4          Q.    **Your attorney being who?**

5          A.    You, Jonathan.

6          Q.    **Did you rely on your attorney to put into**

7     **the words required by law the claims at issue in**

8     **the case?**

9          A.    Yes, I did.

10         Q.    **Similarly, did you rely on your attorney**

11    **to name as defendants the people required by law**

12    **to be defendants in such a matter?**

13         A.    Yes.  He identified them for me.

14              MR. STERNBERG:  Okay.  Nothing further.

15              MR. SHOGER:  Nothing further here either.

16              MR. STERNBERG:  Okay.  We will read and

17    sign.

18              (THEREUPON, the deposition concluded at

19    2:59 p.m.)

20     .

21     .

22     .

23     .

24     .

25     .



5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

**SASHADA MAKTHEPHARAK**

```
1                    SIGNATURE

2     .

3          The deposition of SASHADA MAKTHEPHARAK

4     was taken in the matter, on the date, and at the

5     time and place set out on the title page hereof.

6     .

7          It was requested that the deposition be

8     taken by the reporter and that same be reduced to

9     typewritten form.

10    .

11         It was agreed by and between counsel and

12    the parties that the deponent will read and sign

13    the transcript of said deposition.

14    .

15    .

16    .

17    .

18    .

19    .

20    .

21    .

22    .

23    .

24    .

25    .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

# SASHADA MAKTHEPHARAK

```
1                          AFFIDAVIT

2        .

3    STATE OF _____:

4    COUNTY/CITY OF _____:

5        .

6            Before me, this day, personally appeared,

7    SASHADA MAKTHEPHARAK, who, being duly sworn,

8    states that the foregoing transcript of his/her

9    Deposition, taken in the matter, on the date, and

10   at the time and place set out on the title page

11   hereof, constitutes a true and accurate transcript

12   of said deposition, along with the attached Errata

13   Sheet, if changes or corrections were made.

14       .

15           _____

16           SASHADA MAKTHEPHARAK

17       .

18       SUBSCRIBED and SWORN to before me this

19   _____ day of _____, 2024 in the

20   jurisdiction aforesaid.

21       .

22   _____         _____

23   My Commission Expires        Notary Public

24       .

25       .
```

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612

# SASHADA MAKTHEPHARAK

1              DEPOSITION ERRATA SHEET

2      .

3      RE:        APPINO & BIGGS REPORTING SERVICE, INC.

4      .

5      FILE NO.: 73948

6      .

7      CASE:      SASHADA MAKTHEPHARAK vs.

8                 LAURA KELLY, et al.

9      .

10     DEPONENT: SASHADA MAKTHEPHARAK

11     .

12     DEPOSITION DATE: 08/29/2024

13     .

14     To the Reporter:

15     I have read the entire transcript of my Deposition

16     taken in the captioned matter or the same has been

17     read to me.  I request that the following changes

18     be entered upon the record for the reasons

19     indicated.  I have signed my name to the Errata

20     Sheet and the appropriate Certificate and

21     authorize you to attach both to the original

22     transcript.

23     .

24     .

25     .



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

## SASHADA MAKTHEPHARAK

```
 1   PAGE:LINE FROM        TO            REASON

 2   .

 3   .

 4   .

 5   .

 6   .

 7   .

 8   .

 9   .

10   .

11   .

12   .

13   .

14   .

15   .

16   .

17   .

18   .

19   .

20   .

21   .

22   .

23   .

24   SIGNATURE:_____ DATE:_____

25              SASHADA MAKTHEPHARAK
```



5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212     Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

48

# C E R T I F I C A T E

**S T A T E  O F  K A N S A S**

**C O U N T Y  O F  S H A W N E E**

I, Ksenija M. Zeltkalns, a Certified Court Reporter, Commissioned as such by the Supreme Court of the State of Kansas, and authorized to take depositions and administer oaths within said State pursuant to K.S.A 60-228, certify that the foregoing was reported by stenographic means, which matter was held on the date, and the time and place set out on the title page hereof and that the foregoing constitutes a true and accurate transcript of the same.

I further certify that I am not related to any of the parties, nor am I an employee of or related to any of the attorneys representing the parties, and I have no financial interest in the outcome of this matter.

Given under my hand and seal this 12th day of September, 2024.

____Ksenija M. Zeltkalns_____

Ksenija M. Zeltkalns, C.C.R. No. 1461



Appino Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Suite 101
Overland Park, KS 66212
913-383-1131

800 E. 1st Street
Suite 305
Wichita, KS 67202
316-201-1612