## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SASHADA MAKTHEPHARAK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 23-2121-DDC-RES** |
| | ) |
| **LAURA KELLY, *et al.,*** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DECLARATION OF MARK KEATING

I, Mark Keating, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I have served as a member of the Kansas Prisoner Review Board (KPRB) since I was appointed to that position by the Kansas Secretary of Corrections in 2016.

2. I have served in corrections since 1992, starting in Texas, and I have served with the Kansas Department of Corrections since 1999.

3. Prior to serving on the KPRB, I served as a parole officer, as a hearing officer for the Texas Board of Pardons and Parole, and as the parole director of Kansas's Northern Parole Region. As the parole director of the Northern Parole Region, I oversaw 10 parole offices that were responsible for the supervision of more than 2,500 released offenders in the northern half of Kansas.

**Reorganization of the Kansas Parole Board into the KPRB**

4. In 2011, the Kansas *Parole* Board, which was outside and separate from the Kansas Department of Corrections (KDOC), was abolished by Kansas Executive Reorganization Order No. 34. That Order also created a successor agency to the Kansas Parole Board called the Kansas *Prisoner Review* Board (KPRB), which is within KDOC.

5. Since the reorganization of the Kansas Parole Board into the KPRB within KDOC in 2011, the KPRB has had direct access to KDOC's records.

6. As a result, no formal report from KDOC staff is needed for the KPRB to have access to KDOC information.

7. To my knowledge, since the date of the reorganization order, the KPRB has not received a formal report from the Secretary of Corrections or any other KDOC staff regarding the appropriateness of parole for any inmate, such as under K.S.A. 22-3717(g)(2) or 75-5210a, including during my time as a member of the KPRB.

**Parole Hearings**

8. The KPRB is the sole decision-making authority for parole decisions in Kansas.

9. Each month, the KPRB conducts parole eligibility hearings for inmates incarcerated at each of ten KDOC correctional facilities.

10. Each year, the KPRB conducts about 248 parole eligibility hearings, also referred to as parole hearings.

11. Each year, the KPRB conducts and/or reviews about 1200 parole revocation hearings and revocation hearing waivers.

2

12. For parole hearings, a denial of parole is also referred to as "passing" parole eligibility or passing parole to a later date.

13. At parole hearings, common reasons for passing parole include the following: disciplinary reports, denies responsibility, new crimes in institution, serious nature/circumstances of crime, objections to parole by members of the public, history of criminal activities, violent nature of crime, failed at work release or post release, times in prison, and failure on parole.

14. Statute defines the length of pass permitted by the KPRB, based on the class of the felony, of up to but no later than 3 years, unless the board finds that it is not reasonable to expect that parole would be granted at a hearing if held in the next 10 years. The lengths of passes are determined on a case-by-case basis in response to the issues of the individual and are at the discretion of the KPRB.

15. The KPRB can set a longer pass length of up to ten years, but to do so the KPRB must provide additional justification showing extenuating circumstances.

16. At an inmate's initial parole hearing, part of the hearing is generally spent discussing the offenses for which the inmate is incarcerated.

17. If the inmate is not paroled, then at subsequent parole hearings, the KPRB takes into consideration what it learned during the inmate's previous parole hearings. The KPRB looks at what has changed since the previous hearing and asks the inmate whether the inmate has anything to say to the KPRB in addition to what the inmate has said to the KPRB in the past. The KPRB reviews and considers all information provided at prior hearings. At subsequent parole hearings the KPRB may review

3

historical information, including the conviction, to confirm accurate information, note consistencies or changes in the narrative, and to provide the inmate the opportunity to make any additional statements. The primary focus is on updated information, to include progress on any KPRB recommendations from prior hearings, behaviors since the last hearing, program participation, new and current Disciplinary Reports, to ascertain any degree of change, and review/discuss any other new and relevant information not previously addressed at other hearings.

18. An inmate's custody classification level does not bar the inmate from being paroled. Maturity and rehabilitation can be demonstrated for purposes of parole regardless of an inmate's custody classification. Accordingly, it is not uncommon for the KPRB to parole an inmate classified as maximum or even special management.

19. The term "community corrections" is used by KDOC to refer to probation, a form of community supervision to which a judge can sentence an offender. KDOC cannot sentence anyone to probation. However, in at least one other state, the term "community corrections" can include programs like work release.

20. Work release, or any other form of community corrections, is not required for an inmate to be paroled. Maturity and rehabilitation can be demonstrated for purposes of parole regardless of an inmate's participation in these programs. Accordingly, it is not uncommon for the KPRB to parole an inmate who has not participated in work release or any other form of community corrections.

**Program Agreements**

21. During my time on the KPRB, I have not seen any program agreements that condition the granting of parole to an inmate on the completion of certain programs.

22. During my time on the KPRB, the KPRB has not denied parole to an inmate based on failure to complete programs under any such agreement.

**Youthful Offenders**

23. KDOC and the KPRB use the term "youthful offender" to refer to a person sentenced to prison for offenses committed as a juvenile, defined as under the age of 18.

24. From 1979 to 2023, 73% of parole hearings in Kansas for youthful offenders have resulted in a grant of parole.

25. From 2018 to 2023, 62% of parole hearings in Kansas for youthful offenders have resulted in a grant of parole.

26. Since 2012, at least 49 youthful offenders sentenced to life have been granted parole.

27. Since 2020, at least 15 youthful offenders sentenced to life have been granted parole.

28. It is not uncommon for a youthful offender imprisoned with an indeterminate sentence for homicide to be granted parole.

29. The following grounds for denying parole are not used by the KPRB for youthful offenders: serious nature/circumstances of crime, objections to parole by members of the public, history of criminal activities, violent nature of crime.

**Written Evidence**

30. Inmates can submit written evidence to the KPRB for consideration during the parole process.

31. The KPRB takes into consideration any such written evidence from the inmate.

32. Inmates are free to reach out to an expert and ask the expert to submit a written report to the KPRB.

33. The KPRB takes into consideration any such written comments by an expert.

**Subpoenas**

34. The KPRB has the authority to subpoena witnesses and documents "necessary for the investigation of the issues before it." K.S.A. 22-3720.

35. Subpoenas are used, for example, in the context of parole revocation hearings when an investigation needs to be made of events that occurred outside of the prison system.

36. Parole eligibility hearings involve factors (such as institutional history and the offenses for which the inmate has been imprisoned) that do not require investigation, so subpoenas have not historically been used in that context.

37. Parole eligibility hearings are also limited in their attendance by regulation. What persons are permitted to be present during those hearings is clearly defined and limited. Accordingly, witness testimony is not taken during those hearings.

**2021 Parole Hearing**

38. I participated in inmate Sashada Makthepharak's (#73697) parole hearing on March 31, 2021.

39. The parole hearing lasted approximately 55 minutes.

40. An audio recording of the 2021 parole hearing was made.

41. Sub-Exhibit 1, attached, is a fair and accurate transcript of that hearing.

42. The board considered some news articles about Makthepharak's offenses as initial background material from which to ask questions of Makthepharak, but no decision was made based on them.

43. The 2021 decision on Plaintiff's parole was made days after the hearing.

44. The reasons for passing parole in 2021 were stated in the action notice: "Denies responsibility" and "Disciplinary reports."

45. Of these two reasons, the primary reason for passing parole was "Disciplinary reports."

46. Makthepharak's disciplinary reports included disciplinary reports that were both severe and recent.

47. "Denies responsibility" means denying participation or culpability for important aspects of a crime as determined by the discretionary judgment of the board members. Statements he made regarding his role during the commission of the offenses were inconsistent with the official record (as included in the youthful offender packet provided to him) and with what he was convicted of.

7

48. The KPRB did not have any unstated reasons for passing parole for Makthepharak in 2021.

49. In evaluating the severity of Makthepharak's disciplinary history and his denial of responsibility, the KPRB considered Makthepharak's status as a youthful offender as a factor that weighed in favor of parole. But that factor was outweighed by the severity of his disciplinary history and of his denial of responsibility.

50. Parole was not passed because of failure to participate in any programs.

51. Parole was not passed because of failure to participate in work release or any other form of community corrections.

52. Parole was not passed due to the severity or serious nature of the crime for which Plaintiff was convicted.

53. Parole was not passed due to Makthepharak's age at the time of the hearing or his age at the time of the offense.

54. Sub-Exhibit 2, attached, is a letter from Makthepharak to the KPRB prior to his 2021 parole hearing.

55. The KPRB considered that letter as part of the parole process, but the letter was not relevant to the reasons parole was denied as it did not pertain to his disciplinary history or his denial of responsibility.

56. Plaintiff did not request reconsideration of the 2021 parole decision by the KPRB.

**2024 Parole Hearing**

57. I participated in Makthepharak's parole hearing on April 4, 2024.

58. The 2024 hearing followed the same procedures as the 2021 parole hearing.

59. The 2024 decision on Plaintiff's parole was made days after the hearing.

60. Plaintiff's parole was passed in 2024 solely due to his disciplinary history.

61. This sole reason for passing parole in 2024 was stated in the action notice: "Disciplinary reports."

62. As a matter of routine practice, action notices are sent to staff at the inmate's facility for delivery to the inmate. Staff show the action notice to the inmate, the inmate signs it, then staff members scan the signed document and electronically store the scanned copy.

63. Sub-Exhibit 3, attached, is a fair and accurate copy of the 2024 action notice as signed by Makthepharak.

64. I do not know why Makthepharak filled in the "Date Received" as April 1, 2024. The action notice was not completed by the board until after deliberations days after the April 4, 2024 hearing, so the action notice could not have been received by Makthepharak on the date indicated.

65. Makthepharak's disciplinary reports included disciplinary reports that were both severe and recent.

66. During the 2024 hearing, the KPRB members discussed with Makthepharak the multiple disciplinary reports he has received through the years for "Possession of an Unauthorized Communication Device," most recently on 8-26-2023 and 9-27-2021.

67. An interaction substantially similar to the following occurred during that discussion:

KPRB member: "What would it take for you to stop having a cell phone?"

Makthepharak: "I love seeing my family. They are spread out all over the country. I have a brother in Chicago, a sister in Colorado, cousins in Florida."

KPRB member: "Would you be willing to give up having a cell phone, knowing it would have an impact on receiving a favorable decision?"

Makthepharak: "No, I don't want to miss out on moments with my family."

68. In evaluating the severity of Makthepharak's disciplinary history, the KPRB considered Makthepharak's status as a youthful offender as a factor that weighed in favor of parole. But that factor was outweighed by the severity of his disciplinary history.

69. The KPRB did not have any unstated reasons for passing parole for Makthepharak in 2024.

70. Parole was not passed because of failure to participate in any programs.

71. Parole was not passed because of failure to participate in work release or any other form of community corrections.

72. Parole was not passed due to the severity or serious nature of the crime for which Plaintiff was convicted.

73. Parole was not passed due to Makthepharak's age at the time of the hearing or his age at the time of the offense.

74. Plaintiff did not request reconsideration of the 2024 parole decision by the KPRB.

## Recording of the 2024 Parole Hearing

75. KPRB member Jeannie Wark recorded the 2024 parole hearing using her laptop computer.

76. I understand, based on official records of the KPRB and KDOC, that the following occurred:

   a. Our Information Technology (IT) staff later discovered that Ms. Wark's laptop was misconfigured and was saving files on Ellsworth Correctional Facility's (ECF) server.

   b. During the first week in June, ECF had a server crash that impacted their backup files.

   c. Our IT staff conducted an extensive search but was unable to locate a corresponding folder or Zoom recording.

   d. As a result of this series of IT difficulties, the recording of Makthepharak's 2024 parole hearing is not available.

77. These IT issues have been resolved so that current and future recordings of parole hearings are stored on the correct server and can be retrieved properly.

78. The KPRB continues to record all parole hearings for youthful offenders.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October ___31___, 2024.

_____

Mark Keating
Member, Kansas Prisoner Review Board
Kansas Department of Corrections

**Sub-Exhibit 1**

1

2

3

4

5

6

7

8

9

10    TRANSCRIPT OF AUDIO RECORDING

11

12          "Audio Only"

13

14

15

16

17

18

19

20

21

22

23

24

25

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net


Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1                        REPORTER'S NOTES

2

3    Transcriptions are referenced by the name of the

4    audio file provided.

5

6    Speaker identifications were obtained from the audio

7    recording and/or from information provided by the

8    client requesting the transcription.

9

10   (ph) indicates a phonetic spelling.

11   [sic] indicates the text is as stated.

12   Quoted text is as stated by the speaker.

13

14

15

16

17

18

19

20

21

22

23

24

25

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net


Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

 1          MS. WARK:  My name is Jeannie Wark.  I'm a

 2    member of the prisoner review board, and I'm going

 3    to be conducting your parole eligibility hearing

 4    this morning.

 5          I am recording this, and there's a few

 6    things that I actually want to explain to you before

 7    we get started.  There's -- there's a couple of

 8    things -- you are considered to be a "youthful

 9    offender" because your crime was committed, I think,

10    at the age of 16.

11          And so with that --

12          MR. MAKTHEPHARAK:  Yes.

13          MS. WARK:  -- classification, we do a

14    couple things different.  One, we record these

15    hearings; and, number two, we provide you with a

16    packet of information at least 30 days prior to your

17    hearing.

18          So I would like to confirm with you that

19    you did get to what we consider the -- the youthful

20    offender packet, and you've had time to do that?

21          MR. MAKTHEPHARAK:  Yeah.  Yeah.  Ms. Kay,

22    I believe, gave me that last -- a month and a half

23    ago.

24          MS. WARK:  Okay.  Awesome.  Thank you.

25    And, as I mentioned, we are recording, and here in a

1    minute, I am going to go around the room.  It is

2    approximately 8:20 a.m. on March 31st.  I will ask

3    that everybody state their name who is attending the

4    hearing today.

5              So when I come to you, sir, I will ask for

6    your name as well as your inmate number.  I think

7    we'll go ahead and do that, and then I'll kind of go

8    back and explain what we do during the parole

9    eligibility hearing.

10             So, as I said before, my name is Jeannie

11   Wark.  I'm a member of the PRB.

12             MR. OGLETREE:  Good morning.  My name is

13   Jonathan Ogletree.  I'm the chair of the prison

14   review board.

15             MR. MAKTHEPHARAK:  Good morning.

16             MR. KEATING:  And good morning, sir.  My

17   name is Mark Keating, and I'm the third member of

18   the board.  Thank you very much for being a part of

19   this hearing today.  We appreciate your -- your time

20   and -- and talking with us.

21             MR. MAKTHEPHARAK:  Yeah.  My name is

22   Sashada Makthepharak, 73697.

23             MS. WARK:  Thank you.

24             MS. KNUDSON:  My name is Halley Knudson.

25   I'm the reentry coordinator.  And, the unit team,

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1    will you just say your name for us.

2              MS. WILSON-RAW:  My name is

3    Ms. Wilson-Raw.

4              MS. WARK:  Thank you.

5              MS. WILSON-RAW:  -- and (inaudible) his

6    unit team.

7              MS. WARK:  Thank you so much.

8              So now I want to explain a little bit

9    about what we do today.  We talk about a lot of

10   different things.  We, of course, talk about the --

11   the conviction that holds you incarcerated.  We talk

12   about --

13             MR. MAKTHEPHARAK:  Yes.

14             MS. WARK:  -- any prior criminal history

15   that you had.  We talk about things that have

16   happened during your incarceration.  There's a wide

17   variety of -- of things -- things like your job

18   assignment, your living -- where you live, any

19   programs that you've participated in, disciplinary

20   reports, and -- and things like that.

21             And then we kind of end with should you be

22   granted a favorable decision, what that transition

23   plan back to the community would look like for you.

24   So where would you live, how would you support

25   yourself, what would you do for transportation.

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1              And -- and we like to think of these as
 2   being -- I don't want to say "informal," but for
 3   lack of a better word, sort of informal and just a
 4   conversation with you.  Because we have already done
 5   a lot of research on your case; so we feel like we
 6   know a lot about you already.
 7              MR. MAKTHEPHARAK:  Yeah.
 8              MS. WARK:  But this is your story and you
 9   telling that to us.  Because it is your story, you
10   are really the only one that can tell that story to
11   us.  We can read all we want, but that's only a
12   piece of it until we have the opportunity to sit
13   down and talk with you today.  So that's really all
14   we're doing -- is just sitting down and having a
15   conversation with you today.
16              So -- and, like I said, I mentioned the
17   word "informal."  At any point that you have
18   questions or don't understand something, certainly
19   let me know.  I will primarily be asking most of the
20   questions, but Mr. Ogletree and Mr. Keating may
21   occasionally have some -- some questions for you as
22   well.
23              At the end of the hearing, I will give you
24   an opportunity -- if there was something that you
25   wanted to talk about that we did not talk about
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1    today, I will certainly open it and give you an

 2    opportunity to talk about that, because we know this

 3    is -- this is a high-stakes decision for you; so we

 4    just want to -- you know, this is your time, and so

 5    we want to give you that opportunity to -- to speak

 6    with us.

 7             So is there any type of opening statement

 8    or anything that you want us to know?  I will again,

 9    like I said, ask you at the end, but I'm certainly

10    willing to ask you.  Or if you would just rather --

11    with me start asking our questions, I'm -- I'm more

12    than happy to do that as well.

13             MR. MAKTHEPHARAK:  Yeah.  We definitely

14    could begin -- begin asking.

15             MS. WARK:  Okay.  So the -- the conviction

16    that holds you incarcerated was a Sedgwick County

17    conviction in 2001 with the incident occurring on

18    May 25th; is that correct?

19             MR. MAKTHEPHARAK:  Yeah.  May 25th, around

20    that --

21             MS. WARK:  Do you -- do you remember what

22    you were actually convicted of?  It looks like

23    I show three separate counts.  Do you remember those

24    counts?

25             MR. MAKTHEPHARAK:  Yeah.  I was convicted
```

1    of felony murder, aggravated burglary, and criminal

2    possession of firearm.

3           MS. WARK:  Okay.  So, if you would, just

4    take me back to that day or maybe even prior to that

5    day.  Tell me kind of what led up to the crime, the

6    details of the crime itself, and then how you were

7    actually apprehended.

8           MR. MAKTHEPHARAK:  Yeah.  It started in

9    early day.  I would say -- I went to the temple that

10   day, and we -- we was going to go pick up some

11   female friends at a birthday party, and I end up

12   in -- in the -- in the neighborhood called Planeview

13   in Wichita, Kansas.

14          And it was a group of guys hanging out,

15   drinking, and they didn't -- they didn't know me.

16   And, you know, they -- they wanted to fight, and I

17   did not want to fight, and I end up pulling a gun

18   out to, really, keep them away, and this -- this was

19   9:00 o'clock -- 9:00 o'clock p.m.

20          MS. WARK:  9:00 p.m.?

21          MR. MAKTHEPHARAK:  Yeah.  9:00 p.m.

22          MS. WARK:  Okay.

23          MR. MAKTHEPHARAK:  And -- so I took -- it

24   was me, some school -- high school friends -- Apple,

25   Jeremy, Jeffrey, and we're all 13, 14, 15, 16.

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1    And -- so we jumped in our -- we -- they -- Chanh --

2    his -- his friends -- they were -- they were wanting

3    to fight us, but we took off running.

4              MS. WARK:  Okay.

5              MR. MAKTHEPHARAK:  And I headed --

6    I headed south -- no.  My -- my school friends

7    headed south, and I headed north because I went to

8    my older friends' house, and there -- when I got

9    there, they were like, "Oh, who did you just" --

10   "who did you try" -- "who did you just try to

11   fight?" blah, blah, blah.

12             And my older friends -- they already knew

13   these individuals, and they're like, "Oh, let's" --

14   "let's go back and," you know, "fight them and make

15   it a fair fight."

16             And we end up -- they -- my friends

17   already knew who they were -- the older friends --

18             MS. WARK:  So how did they know who they

19   were if you yourself didn't know who they were?

20   I'm -- I'm -- is there -- there's a little bit of a

21   disconnect for me, and I just -- help me understand

22   that.

23             MR. MAKTHEPHARAK:  I'm just -- oh, I was

24   describing, like, when -- when I -- when I went to

25   the -- the north side of -- where -- where my older

8700 Monrovia, Suite 310                                    (913) 825-2510
Lenexa, Kansas 66215-3500                               Fax (913) 825-2530
www.cornerstonekc.com        Cornerstone        office@cornerstonekc.net
                             Court Reporting Company LLC

```
 1   friends were --
 2              MS. WARK:  Okay.
 3              MR. MAKTHEPHARAK:  -- I was describing
 4   their vehicle.  Like, "Hey, he drived a lowered
 5   black Honda Civic" --
 6              MS. WARK:  Okay.
 7              MR. MAKTHEPHARAK:  -- and what year, and
 8   they -- and they had a out-of-state license plate,
 9   and they -- they immediately knew who -- who I was
10   talking about.
11              MS. WARK:  Okay.
12              MR. MAKTHEPHARAK:  Because I -- I never
13   knew these individuals and -- because I -- I was a
14   juvenile before --
15              MS. WARK:  Right.  You had just gotten
16   released, like, 11 days prior; isn't --
17              MR. MAKTHEPHARAK:  Yes.
18              MS. WARK:  -- that correct?
19              MR. MAKTHEPHARAK:  I -- so I didn't know
20   nobody that was -- was in this neighborhood.  So I
21   just got released and didn't know nobody.
22              So when -- when I met up with my older
23   friends, who were gang members, and they -- they
24   immediately knew who I -- you know, like, I didn't
25   even have to name no names.  As soon as I described
```

8700 Monrovia, Suite 310                                          (913) 825-2510
Lenexa, Kansas 66215-3500          Cornerstone                    Fax (913) 825-2530
www.cornerstonekc.net          Court Reporting Company LLC    office@cornerstonekc.net

```
 1   them -- the -- the cars to them, they -- they
 2   immediately knew who I was talking about.  And
 3   they're like, "Yeah.  We're" -- "we should just go
 4   over there and have" -- you know, "have a brawl."
 5              MS. WARK:  So you said -- you initially
 6   said that you pulled a gun.  Did you --
 7              MR. MAKTHEPHARAK:  Yeah.
 8              MS. WARK:  Did you typically carry a gun
 9   with you at -- at that age?
10              MR. MAKTHEPHARAK:  No, no.  I was -- I
11   was -- I was -- I had the gun on me because one of
12   the older friends gave it to me.
13              MS. WARK:  How long had you had it?
14              MR. MAKTHEPHARAK:  Just that day.  Just --
15              MS. WARK:  Why did he give it to you?
16              MR. MAKTHEPHARAK:  Because he knew I was
17   going -- I live -- there's a -- there's a
18   neighborhood called Oaklawn.  I lived in Oaklawn,
19   and they lived in the north side of Wichita.  And
20   they gave me the gun because I was going -- I was
21   going back into a neighborhood that didn't -- didn't
22   like us.
23              MS. WARK:  Yeah.  Okay.
24              MR. MAKTHEPHARAK:  (Indiscernible.)
25              MS. WARK:  And when you say "us," were you
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1    part of the gang?

 2              MR. MAKTHEPHARAK:  Yes.

 3              MS. WARK:  Okay.

 4              MR. MAKTHEPHARAK:  So --

 5              MS. WARK:  So had you ever fired a gun

 6    before?

 7              MR. MAKTHEPHARAK:  A shooting range.

 8    Like, my -- my sister's boyfriend would take us to

 9    shoot, like, clay pigeons --

10              MS. WARK:  Okay.

11              MR. MAKTHEPHARAK:  -- at (inaudible) lake,

12    but that's the only time.

13              MS. WARK:  What -- what kind of gun was

14    it?

15              MR. MAKTHEPHARAK:  When I was shooting

16    clay pigeons?

17              MS. WARK:  No.  When -- that day.

18              MR. MAKTHEPHARAK:  A .22.

19              MS. WARK:  Okay.  Okay.  So you're with

20    these older friends.  They say, "Let's go" -- "let's

21    go back and take care of this" or --

22              MR. MAKTHEPHARAK:  Uh-huh.

23              MS. WARK:  -- you know, what did that

24    mean?  Did that mean fighting?  Did that mean using

25    a weapon?  Exactly what that -- what did that mean?
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1    What was your intentions when you went back?
 2              MR. MAKTHEPHARAK:  Well, my intention was,
 3    you know, like, "Okay.  Let's get together and
 4    we" -- "if they want to," you know -- firstly,
 5    because they was going to try to jump me.  Then they
 6    were like, "Well, let's go back and see if they want
 7    to do one-on-one, and we" -- "we can all watch it
 8    and monitor it."
 9              And I was like, "Okay.  We" -- you know,
10    "I can do that."  You know, "I can fight them."
11              And so we -- we gathered -- we gathered in
12    two cars and --
13              MS. WARK:  And how many of them were --
14    how many were there of you -- of you and your
15    friends?
16              MR. MAKTHEPHARAK:  My school friends or --
17    or the older friends?
18              MS. WARK:  Who went back to fight.
19              MR. MAKTHEPHARAK:  It was about eight or
20    nine.
21              MS. WARK:  Okay.  Okay.  So go -- go
22    ahead.  You -- you go back, and then what?
23              MR. MAKTHEPHARAK:  We go back and -- well,
24    before I go back, they -- they -- my older
25    friends -- they -- they take the -- they take the
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1   gun back from me, and they're like, "Well,

2   you're" -- you know, "you" -- "we're just going to

3   go," you know, "fight them," and they take the gun

4   from me, and we just jump in a car -- two cars.

5           MS. WARK:  Okay.

6           MR. MAKTHEPHARAK:  And I'm not even

7   directing where -- them to go.  They -- they

8   immediately go to this person's house.  I don't know

9   who -- I don't know who owns the house or who house

10  it is.  We just go straight there.  And -- and as

11  soon as we get there, it's like -- it's complete --

12  it's completely dark, and I'm standing outside the

13  whole time, and one of my --

14          MS. WARK:  So they weren't outside

15  anymore?  They weren't outside hanging out?

16          MR. MAKTHEPHARAK:  No.  They -- yeah.

17  And -- and -- okay.  The first initiation -- okay.

18  That had -- okay.  My -- my first -- when I first

19  encountered them, they -- it was -- this was at

20  9:00 o'clock.

21          MS. WARK:  Right.

22          MR. MAKTHEPHARAK:  The second time was at

23  11:00 o'clock.

24          MS. WARK:  Okay.

25          MR. MAKTHEPHARAK:  And so the first

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1   time --
 2          MS. WARK:  But that first time you said
 3   that they were -- they were hanging out outside;
 4   right?
 5          MR. MAKTHEPHARAK:  Yeah.  They -- they
 6   were half -- they were half inside and half outside.
 7          MS. WARK:  Okay.  And is -- so the second
 8   time, when you go back, is anybody outside, or has
 9   everybody moved on inside?
10          MR. MAKTHEPHARAK:  There is -- there were,
11   like, two people outside.
12          MS. WARK:  Okay.
13          MR. MAKTHEPHARAK:  But -- in the back, and
14   the rest -- the rest were inside.
15          MS. WARK:  Okay.
16          MR. MAKTHEPHARAK:  And so my -- the older
17   friend -- he, I assume, started kicking the door,
18   and then that's when they entered the house.  That's
19   when the -- the -- Chanh -- he was -- he's the -- he
20   was in -- behind the yard.  He came around, and as
21   soon as he came -- he came into the room with
22   everyone, and Chanh started shooting -- start
23   shooting at us.
24          MS. WARK:  So then what?
25          MR. MAKTHEPHARAK:  There was no -- there
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net


Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1   was no exchange of word conversations or nothing.
 2              MS. WARK:  Okay.
 3              MR. MAKTHEPHARAK:  Chanh came around from
 4   the back -- from the backyard to the front and
 5   started shooting at everybody, and everybody started
 6   shooting back at Chanh.  And then once Chanh fell,
 7   everybody ran back to the car, and we went back to
 8   the house up north.
 9              MS. WARK:  So I'm a little bit confused
10   because you said the older friends took the gun from
11   you.  So you didn't have a gun?
12              MR. MAKTHEPHARAK:  No.
13              MS. WARK:  Okay.  So throughout the
14   incident, you never had a gun?
15              MR. MAKTHEPHARAK:  Never.
16              MR. KEATING:  So how many of you went back
17   that second time and kicked in the door?  How
18   many -- how many went inside?
19              MR. MAKTHEPHARAK:  I would say -- I know,
20   in my car that I was in, it was five of us, and at
21   least four or five in the other car; so I would say
22   between nine and ten.
23              MR. KEATING:  Okay.  And you were one of
24   the first people to -- to go inside the house?  To
25   kick in the door and go in?
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1           MR. MAKTHEPHARAK:  Who was?

2           MR. KEATING:  Were you one of the first

3    ones to kick in the door and go inside?

4           MR. MAKTHEPHARAK:  No.  No.  I never -- I

5    never went in.  I stood outside the whole time, and

6    it was -- it was my older friend Hugh, Veely (ph),

7    Dong (ph), and someone else.  I can't even remember

8    his name off the top of my head.  But there the

9    first -- they -- they three went in, and then the

10   second car -- the group -- I was with the -- the

11   group of people in the second car, and we -- Chanh

12   came in -- like, you had a first group, and then you

13   got Chanh and then this second group, and that's how

14   we -- that's how we end up in the section, because

15   we -- Chanh was at the door, and half the -- half my

16   friends were inside, and half of my other friends

17   were outside.

18           MR. KEATING:  And he fired first, and then

19   your friends --

20           MR. MAKTHEPHARAK:  Yes.  Chanh fired --

21           MR. KEATING:  -- returned fire?

22           MR. MAKTHEPHARAK:  Yeah.  Chanh fired

23   first and -- because he was shooting at my

24   codefendant and my -- and that exchange between

25   them.

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1            MR. KEATING:  Your codefendant actually
 2   got hit, didn't he?
 3            MR. MAKTHEPHARAK:  Yes.  Yes.
 4            MR. KEATING:  Okay.  Was anybody else --
 5   of your friend -- anybody else of your friends got
 6   hit?
 7            MR. MAKTHEPHARAK:  No.  Nobody else got
 8   hit.  And -- well, once that happened -- it happened
 9   so fast, that as soon as everything stopped,
10   everybody ran back to the car, and we headed back to
11   the same house that we came from.  And then I got
12   picked up the next day evening.
13            MS. WARK:  Okay.  How did you get picked
14   up?
15            MR. MAKTHEPHARAK:  I was at my mom's house
16   on Dunham.  I just came from the temple and -- I
17   don't know if they were waiting for me, but -- but
18   when I got home from the temple, they was already
19   there.
20            MS. WARK:  And I think, if I remember
21   right, the victim was, like, struck 16 or so times.
22   Is that -- is that correct?
23            MR. MAKTHEPHARAK:  Yes.  Yes.
24            MS. WARK:  Okay.  So if your -- if your
25   victim was in the room with us today, what -- what
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

 1  would you say to him?  Is there anything at all that
 2  you would say; and, if so, what would that be?
 3          MR. MAKTHEPHARAK:  Man.  There would be a
 4  lot of things to say to him.  You know, "Sorry," for
 5  starters.  And, you know, I wish things didn't have
 6  to happen that way.  And I knew we could have been
 7  friends because we -- we come from the same
 8  ethnicity and nationality.  And, you know, I would
 9  want to give him a hug and, you know, be friends
10  with him.
11          And, you know, I'm very sorry for it; and,
12  you know, I feel for him and his family.  You know,
13  he -- he has a twin brother, and I can't imagine
14  losing my own brother, being, you know --
15  especially, a twin, you know.  And I know he -- I
16  know he still has family out there that's -- his
17  little brother, his older sister, and that's all I
18  know of them.  And, you know, I would -- I would
19  reach out to him.
20          MR. KEATING:  Did I -- I thought I read
21  somewhere that during all of this, after -- after he
22  was shot, that he was actually then stabbed as well.
23  Do you know anything about that?
24          MR. MAKTHEPHARAK:  I didn't know nothing
25  about that.  I -- I only learned -- I only learned

1   that of -- of the police reports and the -- the

2   medical thing.

3              MR. KEATING:  Okay.  So you don't know who

4   did that or what that was about?

5              MR. MAKTHEPHARAK:  I didn't know nothing

6   about -- say that one more time.

7              MR. KEATING:  I'm sorry.  I didn't --

8   I didn't mean to interrupt you.

9              MR. MAKTHEPHARAK:  Oh, okay.  Yeah.  I

10  never knew nothing about that till the paperworks

11  came out to me.  So, yeah, I never knew he got

12  stabbed.

13             MR. KEATING:  Okay.  So you have no idea

14  how that happened or what happened or who did that

15  or --

16             MR. MAKTHEPHARAK:  No.

17             MR. KEATING:  Okay.

18             MS. WARK:  So when you guys --

19             MR. MAKTHEPHARAK:  That -- that was --

20  it --

21             MS. WARK:  Oh, go ahead.  I'm sorry.

22             MR. MAKTHEPHARAK:  Oh, I was going to say

23  that -- that must have happened at -- either after I

24  ran -- after we ran away.  So someone behind me --

25  I -- I don't -- I have no idea what happened on

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

 1   that.

 2           MS. WARK:  So -- but you said, when you

 3   guys ran, you went back to that original house that

 4   you came from.

 5           MR. MAKTHEPHARAK:  Oh, yeah.  We -- we --

 6           MS. WARK:  Your older --

 7           MR. MAKTHEPHARAK:  -- jumped in the --

 8   yeah.  We jumped in the car --

 9           MS. WARK:  And took off?

10           MR. MAKTHEPHARAK:  -- because the house

11   was in (indiscernible) --

12           MS. WARK:  Did you --

13           MR. MAKTHEPHARAK:  -- south side

14   Planeview.

15           MS. WARK:  Did you guys talk about what

16   had just happened?  Or tell me -- tell me what that

17   ride was like going -- leaving the scene.

18           MR. MAKTHEPHARAK:  If -- it was -- it was

19   very quiet and -- because the -- two of my friends

20   in the car, V and Dong -- they -- they already lived

21   in the neighborhood.  So we immediately dropped them

22   off, like, maybe four or five blocks away at their

23   house.  Then I ended up still going to the house in

24   the north side in Planeview -- I mean, on Pine (ph),

25   and it -- it was -- it's very quiet.

```
 1          MS. WARK:  Who all was at the north side
 2   house when you guys -- after the -- after the -- the
 3   shooting?
 4          MR. MAKTHEPHARAK:  It was a bunch of
 5   people that -- gang member friends and a lot of
 6   females that we -- that just came from the rave, and
 7   the -- because back in the day, we used to go to a
 8   lot of rave parties, and we -- we had just a lot of
 9   females and guys hanging out at this one house.
10          MS. WARK:  But you guys weren't talking
11   about what had just happened?
12          MR. MAKTHEPHARAK:  Yes.  We didn't learn
13   that -- because back then we didn't have cell
14   phones.  So we -- we had to meet up with
15   everybody -- well, we didn't -- there was a cell
16   phone, but it was a -- you know, the expensive,
17   small Nokias.
18          MS. WARK:  Uh-huh.
19          MR. MAKTHEPHARAK:  And -- but we didn't
20   learn that Binh got shot until we got back to the
21   house.  And then that's when a lot of the
22   conversations about, you know, "Oh, what happened?"
23   And "How did he" -- "he get shot?"  And, "Oh, my
24   God.  What happened?"  And so we -- we -- me
25   personally -- I don't really know what happened
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
1    either because everything happened in a flash.  And

2    so everybody was just like, "Who's seen what?  Who's

3    seen what?"

4              MS. WARK:  So you say you learned of it.

5    Did you actually know that he had died or just that

6    he'd been shot?

7              MR. MAKTHEPHARAK:  No.  I didn't know --

8    probably, like, the next day.

9              MS. WARK:  Okay.

10             MR. OGLETREE:  So I -- I have a question

11   here.  So did I hear you correctly and said that

12   you -- you didn't fire -- you didn't have a weapon

13   when you-all went back to the house?  You didn't

14   have a gun?

15             MR. MAKTHEPHARAK:  No.  I had the weapon

16   the first time.

17             MR. OGLETREE:  Okay.  And -- and so -- so

18   how did they connect you with the ag burglary and

19   the criminal possession of firearm, then?  What --

20   what connected the dots for them?

21             MR. MAKTHEPHARAK:  Okay.  My -- my --

22   remember -- okay.  At 9:00 o'clock, I went to -- I

23   was with my high school friends.  My -- you know,

24   13- -- 14-year-old, 15-year-old friends.  And I

25   didn't -- I didn't know Chanh, but my high school
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1   friends did because Jeffrey's sister was hanging out
 2   with these -- with -- with Chanh and his friends,
 3   and that's how I end up going over there with them.
 4            Because I don't know these people, and I'm
 5   hanging out with Jeffrey and -- Jeffrey and Apple,
 6   and their sisters are hanging out with Chanh and his
 7   friends.  And that's how I come into the picture.
 8            So they -- so they -- they don't know me,
 9   but they know Apple and Jeffrey.  And Apple and
10   Jeffrey is -- they're -- they -- they're the ones
11   that linked me to these -- these group of people.
12            MR. OGLETREE:  Was anything taken from the
13   house?
14            MR. MAKTHEPHARAK:  No.  Nothing.
15            MR. OGLETREE:  Okay.  All right.
16            MS. WARK:  So prior to that -- you know,
17   we know that you had just gotten out of juvenile,
18   like, 11 days prior.  What -- what type of prior
19   criminal history did you have?
20            MR. MAKTHEPHARAK:  Just stealing
21   cigarettes and just regular burglary.  One count of
22   burglary, and that -- yeah, stealing cigarettes.  I
23   think I had a battery, I think.
24            MS. WARK:  Yeah.  And I -- I think that
25   battery actually happened when you assaulted staff
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1   at your juvenile placement.  Correct?
 2              MR. MAKTHEPHARAK:  Yeah.  Yeah.  Yeah.
 3   Yeah.
 4              MS. WARK:  Why -- why did you assault
 5   staff?  What -- what led up to that?
 6              MR. MAKTHEPHARAK:  I -- being a kid and in
 7   restraints, and I bit him.
 8              MS. WARK:  Mark and Jonathan, do you have
 9   any?
10              So let's kind of fast-forward and -- and
11   talk about coming into the DOC system.  So let's --
12   let's -- let's start with what programs have you
13   participated in?
14              MR. MAKTHEPHARAK:  I've -- I've completed
15   my GED.
16              MS. WARK:  Okay.
17              MR. MAKTHEPHARAK:  And I attended a couple
18   classes in plumbing, and I completed my electrical
19   training.
20              MS. WARK:  When did you complete the
21   electrical?
22              MR. MAKTHEPHARAK:  2019.
23              MR. OGLETREE:  Why did you choose
24   electrical?
25              MR. MAKTHEPHARAK:  Just because I --
```



8700 Monrovia, Suite 310                                    (913) 825-2510
Lenexa, Kansas 66215-3500            Cornerstone           Fax (913) 825-2530
www.cornerstonekc.net                Court Reporting Company LLC    office@cornerstonekc.net

```
 1   I'm -- I'm interested in, you know, that -- that

 2   electrical part, technology stuff; and, you know, I

 3   read a lot of books on computer programming and try

 4   to -- how to script it, and -- and I -- I know

 5   electrical's part of it.

 6            MR. OGLETREE:  Okay.

 7            MS. WARK:  So I know, when you initially

 8   described the incident, you know, you -- and I don't

 9   remember -- I'm sorry -- if you said they were

10   drinking -- the other group -- or had you been

11   drinking that day?  Or what's your history as -- as

12   far as substance abuse goes?

13            MR. MAKTHEPHARAK:  Yeah.  I never drank.

14   I never drank on the street or did drugs.  Like,

15   I -- I've taken shots before, but I've never, like,

16   drink a beer or -- or nothing.  And I've never used

17   drugs on the street.

18            MS. WARK:  Do you use during your

19   incarceration?

20            MR. MAKTHEPHARAK:  No.  Never.  It's --

21   doing drugs -- it's -- it's never been something

22   that's appealed to me.  I --

23            MS. WARK:  Okay.

24            MR. MAKTHEPHARAK:  -- don't get why people

25   still do it.
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

 1              MS. WARK:  And I'm sorry.  I -- I forgot.

 2    I know I'm jumping around, but I want to go back --

 3    how many of you were actually convicted regarding

 4    the incident?

 5              MR. MAKTHEPHARAK:  Just me -- just me and

 6    my codefendant.

 7              MS. WARK:  Okay.  And so what are your --

 8    what are your thoughts about him?  Have you run into

 9    him through the years?  What type of contact do you

10    have with him?

11              MR. MAKTHEPHARAK:  No.  I've made zero

12    contact with him since incarcerated.  I've never

13    really spoke to him one-on-one or over the phone or

14    letters.  We -- we really never been in the same

15    facility, and -- and that's -- and that's another

16    thing -- is that I don't know -- I don't know him

17    either.  I didn't know him on the street, and I

18    didn't -- I -- I still don't know him in here.

19              He -- the second car he was in -- he -- he

20    come -- he -- he -- I'm from Wichita and he's from

21    Dodge City.  So I -- I didn't know him, never hung

22    out with him on the street, and I've never dealt

23    with him.

24              MS. WARK:  What type of -- do you -- do

25    you have any hard feelings?  Kind of tell --

```
1            MR. MAKTHEPHARAK:  Yeah.

2            MS. WARK:  -- me the emotional side of

3   that.

4            MR. MAKTHEPHARAK:  Yeah.  I do have -- you

5   know, like, we're -- we're both in here, and I'm --

6   I'm -- you know, I know that the incident led

7   that -- because, you know, I encountered Chanh and

8   his friends first, and I know that -- I don't

9   know -- Binh just -- he was just in the second car,

10  and -- and I'm -- you know, I'm speechless that I --

11  that he -- he shouldn't have been in -- been in

12  there with us.

13            MR. OGLETREE:  Yeah.  And I'm still

14  wondering -- all those shots that was fired and

15  that -- all the shots that the victim received, and

16  you say that you didn't shoot any.  And I'm thinking

17  16 shots.  You know, one individual couldn't have

18  done all of that --

19            MR. MAKTHEPHARAK:  No.  No.  No.

20            MR. OGLETREE:  -- damage.

21            MR. MAKTHEPHARAK:  It was -- it was

22  definitely all of -- a lot of the older guys that

23  were holding the guns.

24            MR. OGLETREE:  And none of them received

25  anything --
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1              MR. MAKTHEPHARAK:  It was me, Veely,
 2    David, Andy, Ma (ph), Fung (ph), like -- like, it
 3    was nine people.
 4              MS. WARK:  So how do you feel about --
 5    because, obviously, what Mr. Ogletree said is true.
 6    Couldn't have been one person unless that one person
 7    was just grabbing guns and --
 8              MR. MAKTHEPHARAK:  Uh-huh.
 9              MS. WARK:  So how do you feel about the
10    other people not being prosecuted?
11              MR. MAKTHEPHARAK:  I mean, they're --
12    they're definitely not in my situation and -- and,
13    you know, I -- I don't know.  They -- they -- and
14    lack of term of words, you know, they -- they got
15    away.
16              MS. WARK:  Right.  Okay.
17              Do you have -- do you have -- how much
18    contact do you have with any of that -- you know,
19    your --
20              MR. MAKTHEPHARAK:  Yeah.
21              MS. WARK:  -- your old gang people?
22              MR. MAKTHEPHARAK:  Yeah.  I have zero
23    contact with them.
24              MS. WARK:  Okay.
25              MR. MAKTHEPHARAK:  They -- they don't talk
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1    to me, and they -- they assume that -- that I'm a

2    rat and that I told on everybody and -- because --

3    because I made an interview with the officers

4    during -- during this -- you know, the whole

5    incident, and I -- you know, I admitted I was there.

6    And so once -- once they, you know, labeled me as a

7    rat, they -- they had zero contact with me.

8            MS. WARK:  So oftentimes in a -- in a

9    situation like that, it -- if they believe that

10   you're a rat, there's kind of a target, so to speak,

11   on you.  Have you encountered that during your

12   incarceration?

13           MR. MAKTHEPHARAK:  Yeah.  Yeah.  I've

14   had -- I've had people come at me sexually and, you

15   know, physically try to, you know, fight me.

16           MS. WARK:  And do you think that is -- is

17   that just -- you know, because that -- that happens

18   in incarceration, but -- but was that tied directly

19   to the gang going after you?  Rival gang?

20           MR. MAKTHEPHARAK:  No.  I wouldn't say so.

21   It was just -- you know, you come in in prison, and

22   you're automatically -- you have that jacket --

23           MS. WARK:  Right.

24           MR. MAKTHEPHARAK:  You know,

25   (indiscernible) with the cases, if they say you tell

1    them, you tell them.

2            MS. WARK:  Okay.  Want to talk a little

3    bit about your physical health and your emotional

4    health.  Physically, how are you doing?  Do you have

5    any health concerns?

6            MR. MAKTHEPHARAK:  No.  I have no health

7    concerns, and I'm still slim, slender, thin --

8            MS. WARK:  Okay.

9            MR. MAKTHEPHARAK:  -- same build.  I eat

10   regular.

11           MS. WARK:  Okay.  What about emotionally?

12   How do you feel on a day-to-day basis?

13           MR. MAKTHEPHARAK:  I mean, happy when I

14   talk to family and friends and sad when I stare at

15   these walls, and that's pretty much day-to-day.

16   And, you know, I stay on my TV just to try to

17   distract my sadness.

18           MS. WARK:  Okay.  So that was one of the

19   things that I was going to ask you -- is how you

20   like to spend your leisure time.

21           MR. MAKTHEPHARAK:  My leisure time is just

22   going in yard.  I -- like, for -- this facility

23   don't have it, but for -- you know, I was in

24   Hutchinson for 15 years, and I -- every day, like,

25   I just spent most of my leisure time on the handball

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1    court, and that's literally -- I sleep, eat, and

 2    breathe it --

 3              MS. WARK:  Okay.

 4              MR. MAKTHEPHARAK:  -- those -- those 15

 5    years.

 6              MS. WARK:  Okay.  You're pretty good, I --

 7    I would imagine?

 8              MR. MAKTHEPHARAK:  Yeah.

 9              MS. WARK:  Okay.  Have you -- have you had

10    COVID?  Or have you been lucky and -- and not --

11              MR. MAKTHEPHARAK:  No.  I -- I did get

12    sick -- I did get sick in -- this -- this is the new

13    facility.  I got sick in the old facility right

14    before -- a month before we came over here.

15              MS. WARK:  Okay.  But you're fully

16    recovered?

17              MR. MAKTHEPHARAK:  Yeah.  I've been

18    negative ever since.

19              MS. WARK:  Good.

20              Are you -- are you working anywhere?

21              MR. MAKTHEPHARAK:  Currently I'm doing the

22    barber job.

23              MS. WARK:  Okay.

24              MR. MAKTHEPHARAK:  And --

25              MS. WARK:  How long have you been doing
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net


Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1    that?

2           MR. MAKTHEPHARAK:  Just couple weeks.

3           MS. WARK:  Okay.

4           MR. MAKTHEPHARAK:  And I -- like, I've

5    been -- I never learned how to cut hair and --

6    throughout -- you know, I -- because in Hutchinson

7    they had the -- the barber program.  I never took

8    the barber -- I -- I just learned how to, you know,

9    use the clippers on my own and just watching the

10   other -- standing next to other people.  And, you

11   know, I had to pretty much learn on my own.

12          MS. WARK:  Okay.  So you're self-taught --

13   that -- that skill?

14          MR. MAKTHEPHARAK:  Yeah.  Yes.

15          MS. WARK:  Very good.

16          How much money do you have on your books?

17          MR. MAKTHEPHARAK:  At the moment -- I just

18   looked -- I could -- I have 66 bucks to spend on

19   canteen, and I have at least close to 3 grand on

20   savings.

21          MS. WARK:  Okay.  Do -- does anybody send

22   money in to you?

23          MR. MAKTHEPHARAK:  Yes.  Only my older

24   sister Sue, and my girlfriend Kayla.

25          MS. WARK:  Do you ever send any money out?

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1              MR. MAKTHEPHARAK:  No.  Never.

 2              MS. WARK:  Okay.

 3              MR. MAKTHEPHARAK:  Only -- the only time

 4    I ever sent money out was when I had a CK job in

 5    Hutchinson.

 6              MS. WARK:  Okay.  So what is -- what is

 7    your current custody level?

 8              MR. MAKTHEPHARAK:  It's max.

 9              MS. WARK:  Okay.  And is that due to some

10    DRs that haven't dropped?

11              MR. MAKTHEPHARAK:  Yes.  A couple DRs,

12    yeah.

13              MS. WARK:  Okay.  Let -- let's talk about

14    those DRs.  First of all, when was your last

15    disciplinary report?

16              MR. MAKTHEPHARAK:  November 3rd, 2020, so

17    pretty much six months ago --

18              MS. WARK:  Okay.

19              MR. MAKTHEPHARAK:  -- or close.

20              MS. WARK:  And that was for dangerous

21    contraband; is that --

22              MR. MAKTHEPHARAK:  Yeah.  Dangerous

23    contraband, type-two materials.

24              MS. WARK:  Right.

25              So you -- tell me why -- because you know
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1   that that's against the rules; right?
 2            MR. MAKTHEPHARAK:  Yes, ma'am.
 3            MS. WARK:  Tell me why you -- you had
 4   those.
 5            MR. MAKTHEPHARAK:  Well, the -- you know,
 6   it's -- we have cellies now, and, you know, he -- he
 7   knew I knew how to draw, and he wants to see if
 8   I could get the tattoo stuff ready; and, you know,
 9   he wanted me to try to work on him and do some
10   stuff.  And I made a stupid decision to, you know,
11   get some sewing kit needles together.
12            MS. WARK:  Okay.  So I know that the
13   one -- the other one in 2020 was interference --
14   there was, like, a bottle cap or something that was
15   secured to your door to prevent it from securing.
16   Is that right?
17            MR. MAKTHEPHARAK:  Yeah.  Yeah.
18            MS. WARK:  Or what --
19            MR. MAKTHEPHARAK:  There was -- there was
20   a bottle cap on the door.
21            MS. WARK:  Okay.  And then I also know
22   some before that -- there's a couple of dangerous
23   contrabands back in 2019.
24            MR. MAKTHEPHARAK:  Yeah.  I think the --
25   one of them was for a cell phone charger and one
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

 1    that they found a knife in my room.

 2            MS. WARK:  Yeah.  So let -- let's talk

 3    about that -- that knife -- that stabbing device.

 4    What was -- what was going on there?

 5            MR. MAKTHEPHARAK:  A week prior to that --

 6    or two weeks prior to that, someone hit me in the

 7    head with a brick, and -- and I end up getting 13

 8    stitches on top of my head -- back of my head.  And

 9    so I end up getting a knife to, you know, like,

10    literally protect myself because someone just hit me

11    two weeks prior to that.  So I was in the hospital

12    for -- for that day.

13            MS. WARK:  Okay.  So explain to me what --

14    why you think you were attacked.

15            MR. MAKTHEPHARAK:  Yeah.  This -- this one

16    guy -- he thought I ratted -- he thought I ratted on

17    him about something, and I still don't know.  But he

18    end up paying somebody to come hit me over the head

19    with a brick because he -- he thought I rat -- he --

20    I ratted on him and he got shook down, and -- and

21    he -- he took it out on me.

22            MS. WARK:  Okay.  Did you -- did you tell

23    on him, or were you involved in that?

24            MR. MAKTHEPHARAK:  No.  I never told on

25    nobody.

8700 Monrovia, Suite 310                                    (913) 825-2510
Lenexa, Kansas 66215-3500                              Fax (913) 825-2530
www.cornerstonekc.net          Cornerstone          office@cornerstonekc.net
                               Court Reporting Company LLC

1            MS. WARK:  Tell me about the phone

2    charger.  Did you also -- there was -- there's

3    probably a phone to go with that; right?

4            MR. MAKTHEPHARAK:  Yeah.  It was just a

5    phone piece that -- the people have phones around

6    here and, you know, they're -- he's like, you know,

7    "Hold this phone charger real quick, and" -- "and

8    I'll be right back."  And I just held it for that

9    hot second, and I fell asleep and still had -- still

10   had that block on me.

11           MS. WARK:  Were you ever using a phone to

12   call out to your -- your people on the streets?

13           MR. MAKTHEPHARAK:  Yeah.  I -- I used it a

14   couple times.

15           MS. WARK:  So, in general, do you -- is it

16   easy for you to follow the rules?  Is it a little

17   bit difficult for you to follow the rules?  Kind of

18   tell me where you're at with that.

19           MR. MAKTHEPHARAK:  I'm pretty easy with

20   rule -- following rules.  And I'm -- you know, I get

21   along with COs; and, you know, I'm pretty nice to

22   everybody, inmates or whoever you may be, you know.

23           MS. WARK:  Okay.

24           MR. MAKTHEPHARAK:  It's -- you know,

25   it's -- to me, it's pretty easy to not catch DRs.

```
1              MS. WARK:  Okay.

2              MR. MAKTHEPHARAK:  It's just, you know,

3     I end up with, you know, contraband items.

4              MS. WARK:  Let's talk a little bit now

5     about your transition plan back to the community

6     starting with where -- where would you live?

7              MR. MAKTHEPHARAK:  I would live with my

8     girlfriend in Kansas City, Missouri, on 12838 Locust

9     Street.

10             MS. WARK:  Okay.

11             MR. MAKTHEPHARAK:  And I -- I definitely

12    have a lot of family support out there and --

13    because I have two -- I have two dads.  I have a

14    biological dad and a stepdad.

15             MS. WARK:  Okay.

16             MR. MAKTHEPHARAK:  And my -- both my

17    dads -- they still live in Wichita, and they live on

18    the same street.  They -- they just have different

19    houses.  And they -- they -- my stepdad -- he --

20    he's worked -- I don't even know the aircraft

21    company name -- Cessna.

22             MS. WARK:  Yeah.

23             MR. MAKTHEPHARAK:  Cessna or

24    (inaudible) would be one of them, but he -- he's

25    worked there way before I was incarcerated.
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1              MS. WARK:  Okay.

2              MR. MAKTHEPHARAK:  And he -- he still --

3    so he -- like, he has the same job from, you know,

4    20 years; and, you know, I could -- you know, he --

5    and he lives in Wichita and --

6              MS. WARK:  So you're --

7              MR. OGLETREE:  Tell me about the --

8              MS. WARK:  Oh, go ahead, Mark.

9              MR. OGLETREE:  I was going to say tell me

10   more about your girlfriend.

11             MS. WARK:  Yeah.

12             MR. OGLETREE:  How long have you known

13   her?

14             MR. MAKTHEPHARAK:  Yeah.  I've known

15   her --

16             MR. OGLETREE:  Tell me about that

17   relationship.

18             MR. MAKTHEPHARAK:  -- for -- she -- she's

19   best friends with my little sister.  My little

20   sister's 30 years old and my girlfriend's 28, and we

21   talked together for, like -- I would say about seven

22   years just as friends just because we met -- I've

23   only met her through my little sister.  And, you

24   know, we -- we only written each other for a little

25   bit, then, you know, as things got closer, we -- we

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1    wanted to get serious.

2             So I would say about -- we -- we've been

3    together for -- officially for a year and a half

4    and -- but I've known her between six and seven

5    years between knowing her and hanging out with --

6    her hanging out with my little sister.

7             MS. WARK:  So I can't help but ask this.

8    So you want to go live with her.

9             MR. MAKTHEPHARAK:  Yes.

10            MS. WARK:  And, you know, there's going to

11   be that -- why did -- why did you choose her rather

12   than -- than, like, your -- your sister or your

13   family?

14            MR. MAKTHEPHARAK:  Just because we --

15   we've planned so much and that I -- we planned so

16   much together with each other's lives and that --

17   and that I'm -- you know, come out and work at the

18   nail salon and --

19            MS. WARK:  Right.

20            MR. MAKTHEPHARAK:  -- beauty salon they

21   own.

22            MR. KEATING:  Now, I understand you

23   actually have additional sentences to parole to.  Is

24   that right?

25            MR. MAKTHEPHARAK:  Yes.  I have the

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1   aggravated burglary and the criminal possession of
 2   firearm that is controlling with 66 -- 64 months.
 3              MR. KEATING:  Okay.
 4              MR. MAKTHEPHARAK:  And --
 5              MR. KEATING:  So --
 6              MR. MAKTHEPHARAK:  -- then I --
 7   I definitely plan on using that time -- any time
 8   I use, I want to use this time -- the last -- last
 9   year, but -- but because of COVID I couldn't enter
10   any college courses.  But I'm definitely going to
11   use any time that I may serve to, you know, get in
12   any college programs that I can that -- any time
13   that she posts it up, and I try -- I always try to
14   apply for any that comes up.  And I'm going to
15   continue doing that and -- and until -- you know, as
16   long as I'm incarcerated, I'm going to, you know,
17   get those diplomas in.
18              MR. KEATING:  And that was -- and that was
19   actually going to be my next question.  If you were
20   paroled to that 64-month sentence, what -- what
21   would you hope to accomplish?  What would you hope
22   to get involved in?  That sort of thing.  And you
23   kind of answered that little bit just --
24              MR. MAKTHEPHARAK:  Yeah.  Because I do
25   have -- like, I want -- like -- like, I want to
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1   snatch up every -- every opportunity that -- that

2   there -- there's an educational college program to

3   come up available, and I know that they're only

4   available for certain individuals, and -- and as

5   soon as I get close to qualify, I want to apply for

6   it.  And, you know, like, every time -- every time

7   they do come up, I always ask Ms. -- Ms. Wilson if,

8   you know, if I could apply for it, and the best she

9   could do is submit my name.

10          MS. WARK:  What type of challenges do you

11  think that you would have in the future on the

12  outside?  What do you think might be challenging for

13  you?

14          MR. MAKTHEPHARAK:  That's very difficult

15  to say because I've been here for 20 years and --

16  and KDOC has raised me, and I wouldn't --

17  challenges -- driving a car.

18          MS. WARK:  Okay.  Have you ever driven a

19  car before?  I'm just curious.

20          MR. MAKTHEPHARAK:  Yes.  Yes and no.  You

21  know, I --

22          MS. WARK:  Yeah.

23          MR. MAKTHEPHARAK:  -- never had a lesson.

24          MS. WARK:  Yeah.

25          MR. KEATING:  So, you know, you came in as

```
1    you -- I would say, young man, an older boy, and now
2    20 years later -- tell me the difference between you
3    when you entered the system and you now.  What's
4    different about you?  Tell me about some of those
5    differences.
6                MR. MAKTHEPHARAK:  Oh, man, I -- I was --
7    definitely louder, younger.  I'm definitely quieter
8    now.  I was definitely secluded.  I'm out -- more
9    outspoken now.  So -- so that -- that's the
10   difference.  Like, you know, I was quiet, didn't
11   speak to nobody, didn't know no -- didn't know no
12   better.  Now that, you know, I'm older, like, I can
13   actually vocal how I feel and really conversate
14   with -- you know, have -- have grown folks'
15   conversations.
16               MR. KEATING:  You kind of put it in a good
17   way just a minute ago when you said KDOC raised you.
18               MR. MAKTHEPHARAK:  Yes.
19               MR. KEATING:  You've been incarcerated
20   for -- for a significant period of time.  Are you a
21   better person now than you were when you came in?
22               MR. MAKTHEPHARAK:  I would definitely feel
23   so.  You know, like, when I was on the street,
24   I would, like, you know, pick fights with, you know,
25   people in the club and people in the -- you know,
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1    the raves.  And, you know -- and -- and definitely

2    in prison, I've never picked a fight.  You know,

3    I've -- I'm not going to deny I have been getting

4    into fights.  You know, I have got into fights to

5    the fact that, you know, people want to, you know,

6    sexually advance me, and -- and they -- and I -- I

7    got written up before for fighting, but they all end

8    up in self-defense because I've never, you know,

9    threw the first punch.

10           MS. WARK:  So is there anything that you

11   wanted to talk about today that we -- we haven't

12   already discussed?  Anything at all you want us to

13   know or better understand about you?

14           MR. MAKTHEPHARAK:  Yeah.  That -- that

15   I'm -- I made a lot of changes, for sure.  Like,

16   throughout the 20 years, like, who doesn't make

17   changes with so much amount of time in your hand?

18   And I'm definitely -- you know, I -- I think about

19   why I'm in here and -- and who -- who was hurt for

20   it.  You know, I'm not the only one hurt.  They --

21   you know, Chanh and his families were hurt, and

22   I feel them and -- because I'm here -- I'm -- I'm

23   living, breathing of -- example of, you know, why --

24   why their son's gone.

25           MS. WARK:  Well, I don't have any more

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

```
 1    questions for you.
 2            Mark and Jonathan, do you have any
 3    additional questions?
 4            So I want to --
 5            MR. KEATING:  No, I don't.
 6            MS. WARK:  -- a little bit about our
 7    process, what will happen after -- after your
 8    hearing today.  We do what's called a full-board
 9    review where the three of us sit down once again and
10    we kind of review everything yet again to include,
11    you know, everything that you have told us today.
12    And then we make a decision for what we feel is best
13    as far as moving forward.
14            Once our decision is made, we notify you.
15    That process takes about 30 days, sometimes a little
16    bit less, sometimes a little bit more than that.  So
17    kind of expect a decision from us sometime within
18    the next 30 days or within the next month.
19            MR. MAKTHEPHARAK:  Yeah.  I understand all
20    that.
21            MS. WARK:  Okay.  I'm going to now ask --
22    unit team, is there anything that you would -- would
23    like us to know?
24            MS. WILSON-RAW:  How old were you when you
25    got here?
```

8700 Monrovia, Suite 310                                      (913) 825-2510
Lenexa, Kansas 66215-3500                                     Fax (913) 825-2530
www.cornerstonekc.net          Cornerstone              office@cornerstonekc.net
                               Court Reporting Company LLC

1              MR. MAKTHEPHARAK:  16.  Oh, here?

2              MS. WILSON-RAW:  To prison.

3              MR. MAKTHEPHARAK:  Oh, 16.  Maybe 17.

4    Maybe 17.

5              MS. WILSON-RAW:  I just thought that would

6    be -- so he's been here since he was 17.

7              MS. WARK:  Right.

8              MS. WILSON-RAW:  But he's not a problem in

9    the cell house.  He's not a problem to me.  I don't

10   see him as a problem to any of the COs, and he has

11   been incarcerated for 20 years.

12             MS. WARK:  How long have you known him?

13             MS. WILSON-RAW:  Probably -- I've worked

14   in here about --

15             MR. MAKTHEPHARAK:  It's been about a year

16   now.

17             MS. WILSON-RAW:  -- about a year.

18             MS. WARK:  Okay.

19             MR. MAKTHEPHARAK:  Since COVID first --

20   COVID started.

21             MS. WILSON-RAW:  So I've known him

22   probably longer than a lot of the other people that

23   will be -- that I'll be with today.

24             MS. WARK:  Okay.

25             MS. WILSON-RAW:  He's been --

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com


Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

 1            MS. WARK:  Okay.  Well, thank you --

 2            MR. MAKTHEPHARAK:  Yeah.  Because I --

 3            MS. WARK:  -- for --

 4            MR. MAKTHEPHARAK:  -- I've always, like,

 5    you know --

 6            MS. WILSON-RAW:  He doesn't come to me a

 7    lot with problems or anything.  In fact, he seeks

 8    out courses, he seeks out the literacy course.  He

 9    asks about the Donnelly (ph) College and we go over

10    how, you know, that costs money, and that's not an

11    issue and --

12            MS. WARK:  Right.

13            MS. WILSON-RAW:  -- and how he wants to

14    learn and things like that, and then how he has to

15    wait till the next semester --

16            MS. WARK:  Right.

17            MS. WILSON-RAW:  -- (indiscernible) and

18    then how COVID was interfering with that to some

19    degree.  But I -- I don't have any issues with him.

20            MS. WARK:  Okay.  Okay.  Well, thank you,

21    everybody, for -- for your time today.  Truly

22    appreciate this opportunity to -- to sit down and

23    visit with you.  And -- and we will -- we will try

24    to get our decision to you as soon as we can.

25            MR. MAKTHEPHARAK:  All right.  Thank you.

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1           MS. WARK:  Thank you.  You have a good

2    day.

3           MR. OGLETREE:  (Indiscernible) -- know

4    what it is.

5           MR. MAKTHEPHARAK:  You guys have a

6    wonderful day.

7           MS. WARK:  You too.

8           MS. WILSON-RAW:  Thank you.

9           MR. KEATING:  You too.  Be safe.

10          MR. MAKTHEPHARAK:  Is that it?  I just go?

11   All right.

12          MS. KNUDSON:  You're good.  Thank you.

13          MR. MAKTHEPHARAK:  All right.  Thank you.

14          MS. KNUDSON:  You're good as well, ma'am.

15          MS. WILSON-RAW:  Okay.  Thank you.

16          MS. KNUDSON:  I do need --

17          MS. WILSON-RAW:  What is --

18          MS. KNUDSON:  -- Johnson out of 227.

19          MS. WILSON-RAW:  Okay.

20          MS. KNUDSON:  And then in the runners-up

21   box, Martinez out of 120.

22          MS. WILSON-RAW:  I know Martinez is ready.

23   Okay.  So do you want me to --

24          MR. OGLETREE:  Jeannie, you can -- you can

25   end the --

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net


Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1             MR. KEATING:  Stop recording.

2             MR. OGLETREE:  -- recording.

3             MS. WARK:  Oh, thank you.  Thank you.

4     Thank you.

1                    CERTIFICATE OF REPORTER

2

3          I, Sarah E. Woodard, a Certified Court

4    Reporter of the State of Missouri, do hereby certify

5    that the recorded proceedings hereinbefore set forth

6    were transcribed under my direction and that the

7    foregoing constitutes a true, correct, and complete

8    transcript of said recording provided.

9          Witness my hand and seal June 7, 2024.

10                        Sarah E. Woodard
                          Certified Court Reporter
11                        MO #1471, KS #1757

12                        Sarah E. Woodard

13

14                        Sarah E. Woodard

15                        Missouri Supreme Court

16                        Certified Court Reporter

17

18

19

20

21

22

23

24

25

8700 Monrovia, Suite 310                                          (913) 825-2510
Lenexa, Kansas 66215-3500      Cornerstone      Fax (913) 825-2530
www.cornerstonekc.net              Court Reporting Company LLC    office@cornerstonekc.net

**1**

**11** 10:16 24:18
**11:00** 14:23
**120** 48:21
**12838** 38:8
**13** 8:25 36:7
**13-** 23:24
**14** 8:25
**14-year-old** 23:24
**15** 8:25 31:24 32:4
**15-year-old** 23:24
**16** 3:10 8:25 18:21 28:17 46:1,3
**17** 46:3,4,6

**2**

**20** 39:4 42:15 43:2 44:16 46:11
**2001** 7:17
**2019** 25:22 35:23
**2020** 34:16 35:13
**2024** 50:9
**22** 12:18
**227** 48:18
**25th** 7:18,19
**28** 39:20

**3**

**3** 33:19
**30** 3:16 39:20 45:15,18
**31st** 4:2
**3rd** 34:16

**6**

**64** 41:2
**64-month** 41:20

**66** 33:18 41:2

**7**

**7** 50:9
**73697** 4:22

**8**

**8:20** 4:2

**9**

**9:00** 8:19,20,21 14:20 23:22

**A**

**a.m.** 4:2
**abuse** 26:12
**accomplish** 41:21
**additional** 40:23 45:3
**admitted** 30:5
**advance** 44:6
**ag** 23:18
**age** 3:10 11:9
**aggravated** 8:1 41:1
**ahead** 4:7 13:22 20:21 39:8
**aircraft** 38:20
**amount** 44:17
**Andy** 29:2
**anymore** 14:15
**appealed** 26:22
**Apple** 8:24 24:5,9
**apply** 41:14 42:5,8
**apprehended** 8:7
**approximately** 4:2
**asks** 47:9
**asleep** 37:9
**assault** 25:4

**assaulted** 24:25
**assignment** 5:18
**assume** 15:17 30:1
**attacked** 36:14
**attended** 25:17
**attending** 4:3
**automatically** 30:22
**Awesome** 3:24

**B**

**back** 4:8 5:23 8:4 9:14 11:21 12:21 13:1,6,18,22, 23,24 14:1 15:8,13 16:4, 6,7,16 18:10 21:3 22:7, 13,20 23:13 27:2 35:23 36:8 37:8 38:5
**backyard** 16:4
**barber** 32:22 33:7,8
**basis** 31:12
**battery** 24:23,25
**beauty** 40:20
**beer** 26:16
**begin** 7:14
**Binh** 22:20 28:9
**biological** 38:14
**birthday** 8:11
**bit** 5:8 9:20 16:9 25:7 31:3 37:17 38:4 39:25 41:23 45:6,16
**black** 10:5
**blah** 9:11
**block** 37:10
**blocks** 21:22
**board** 3:2 4:14,18
**books** 26:3 33:16
**bottle** 35:14,20
**box** 48:21
**boy** 43:1
**boyfriend** 12:8

**brawl** 11:4
**breathe** 32:2
**breathing** 44:23
**brick** 36:7,19
**brother** 19:13,14,17
**bucks** 33:18
**build** 31:9
**bunch** 22:4
**burglary** 8:1 23:18 24:21,22 41:1

**C**

**call** 37:12
**called** 8:12 11:18 45:8
**canteen** 33:19
**cap** 35:14,20
**car** 14:4 16:7,20,21 17:10,11 18:10 21:8,20 27:19 28:9 42:17,19
**care** 12:21
**carry** 11:8
**cars** 11:1 13:12 14:4
**case** 6:5
**cases** 30:25
**catch** 37:25
**cell** 22:13,15 35:25 46:9
**cellies** 35:6
**CERTIFICATE** 50:1
**Certified** 50:3,16
**certify** 50:4
**Cessna** 38:21,23
**chair** 4:13
**challenges** 42:10,17
**challenging** 42:12
**Chanh** 9:1 15:19,22 16:3,6 17:11,13,15,20,22 23:25 24:2,6 28:7 44:21
**charger** 35:25 37:2,7

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 2:23-cv-02121-DDC    Document 47-9    Filed 11/15/24    Page 64 of 73
Parole Eligibility Hearing - 03/31/2000
Index: choose..facility

**choose** 25:23 40:11

**cigarettes** 24:21,22

**City** 27:21 38:8

**Civic** 10:5

**CK** 34:4

**classes** 25:18

**classification** 3:13

**clay** 12:9,16

**clippers** 33:9

**close** 33:19 34:19 42:5

**closer** 39:25

**club** 43:25

**codefendant** 17:24 18:1 27:6

**college** 41:10,12 42:2 47:9

**committed** 3:9

**community** 5:23 38:5

**company** 38:21

**complete** 14:11 25:20 50:7

**completed** 25:14,18

**completely** 14:12

**computer** 26:3

**concerns** 31:5,7

**conducting** 3:3

**confirm** 3:18

**confused** 16:9

**connect** 23:18

**connected** 23:20

**considered** 3:8

**constitutes** 50:7

**contact** 27:9,12 29:18, 23 30:7

**continue** 41:15

**contraband** 34:21,23 38:3

**contrabands** 35:23

**controlling** 41:2

**conversate** 43:13

**conversation** 6:4,15

**conversations** 16:1 22:22 43:15

**convicted** 7:22,25 27:3

**conviction** 5:11 7:15, 17

**coordinator** 4:25

**correct** 7:18 10:18 18:22 25:1 50:7

**correctly** 23:11

**COS** 37:21 46:10

**costs** 47:10

**count** 24:21

**counts** 7:23,24

**County** 7:16

**couple** 3:7,14 25:17 33:2 34:11 35:22 37:14

**courses** 41:10 47:8

**court** 32:1 50:3,15,16

**COVID** 32:10 41:9 46:19,20 47:18

**crime** 3:9 8:5,6

**criminal** 5:14 8:1 23:19 24:19 41:1

**curious** 42:19

**current** 34:7

**custody** 34:7

**cut** 33:5

## D

**dad** 38:14

**dads** 38:13,17

**damage** 28:20

**dangerous** 34:20,22 35:22

**dark** 14:12

**David** 29:2

**day** 8:4,5,9,10 11:14 12:17 18:12 22:7 23:8 26:11 31:24 36:12 48:2,6

**day-to-day** 31:12,15

**days** 3:16 10:16 24:18 45:15,18

**dealt** 27:22

**decision** 5:22 7:3 35:10 45:12,14,17 47:24

**degree** 47:19

**deny** 44:3

**describing** 9:24 10:3

**details** 8:6

**device** 36:3

**died** 23:5

**difference** 43:2,10

**differences** 43:5

**difficult** 37:17 42:14

**diplomas** 41:17

**directing** 14:7

**direction** 50:6

**directly** 30:18

**disciplinary** 5:19 34:15

**disconnect** 9:21

**discussed** 44:12

**distract** 31:17

**DOC** 25:11

**Dodge** 27:21

**Dong** 17:7 21:20

**Donnelly** 47:9

**door** 15:17 16:17,25 17:3,15 35:15,20

**dots** 23:20

**drank** 26:13,14

**draw** 35:7

**drink** 26:16

**drinking** 8:15 26:10, 11

**drived** 10:4

**driven** 42:18

**driving** 42:17

**dropped** 21:21 34:10

**DRS** 34:10,11,14 37:25

**drugs** 26:14,17,21

**due** 34:9

**Dunham** 18:16

## E

**early** 8:9

**easy** 37:16,19,25

**eat** 31:9 32:1

**educational** 42:2

**electrical** 25:18,21,24 26:2

**electrical's** 26:5

**eligibility** 3:3 4:9

**emotional** 28:2 31:3

**emotionally** 31:11

**encountered** 14:19 28:7 30:11

**end** 5:21 6:23 7:9 8:11, 17 9:16 17:14 24:3 36:7, 9,18 38:3 44:7 48:25

**ended** 21:23

**enter** 41:9

**entered** 15:18 43:3

**ethnicity** 19:8

**evening** 18:12

**exchange** 16:1 17:24

**expect** 45:17

**expensive** 22:16

**explain** 3:6 4:8 5:8 36:13

## F

**facility** 27:15 31:22 32:13

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net



(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

**fact** 44:5 47:7

**fair** 9:15

**families** 44:21

**family** 19:12,16 31:14 38:12 40:13

**fast** 18:9

**fast-forward** 25:10

**favorable** 5:22

**feel** 6:5 19:12 29:4,9 31:12 43:13,22 44:22 45:12

**feelings** 27:25

**fell** 16:6 37:9

**felony** 8:1

**female** 8:11

**females** 22:6,9

**fight** 8:16,17 9:3,11,14, 15 13:10,18 14:3 30:15 44:2

**fighting** 12:24 44:7

**fights** 43:24 44:4

**fire** 17:21 23:12

**firearm** 8:2 23:19 41:2

**fired** 12:5 17:18,20,22 28:14

**firstly** 13:4

**flash** 23:1

**folks'** 43:14

**follow** 37:16,17

**foregoing** 50:7

**forgot** 27:1

**forward** 45:13

**found** 36:1

**friend** 15:17 17:6 18:5

**friends** 8:11,24 9:2,6, 12,16,17 10:1,23 11:12 12:20 13:15,16,17,25 16:10 17:16,19 18:5 19:7, 9 21:19 22:5 23:23,24 24:1,2,7 28:8 31:14 39:19,22

**friends'** 9:8

**front** 16:4

**full-board** 45:8

**fully** 32:15

**Fung** 29:2

**future** 42:11

### G

**gang** 10:23 12:1 22:5 29:21 30:19

**gathered** 13:11

**gave** 3:22 11:12,20

**GED** 25:15

**general** 37:15

**girlfriend** 33:24 38:8 39:10

**girlfriend's** 39:20

**give** 6:23 7:1,5 11:15 19:9

**God** 22:24

**good** 4:12,15,16 32:6, 19 33:15 43:16 48:1,12, 14

**grabbing** 29:7

**grand** 33:19

**granted** 5:22

**group** 8:14 17:10,11, 12,13 24:11 26:10

**grown** 43:14

**gun** 8:17 11:6,8,11,20 12:5,13 14:1,3 16:10,11, 14 23:14

**guns** 28:23 29:7

**guy** 36:16

**guys** 8:14 20:18 21:3,15 22:2,9,10 28:22 48:5

### H

**hair** 33:5

**half** 3:22 15:6 17:15,16 40:3

**Halley** 4:24

**hand** 44:17 50:9

**handball** 31:25

**hanging** 8:14 14:15 15:3 22:9 24:1,5,6 40:5,6

**happen** 19:6 45:7

**happened** 5:16 18:8 20:14,23,25 21:16 22:11, 22,24,25 23:1 24:25

**happy** 7:12 31:13

**hard** 27:25

**head** 17:8 36:7,8,18

**headed** 9:5,6,7 18:10

**health** 31:3,4,5,6

**hear** 23:11

**hearing** 3:3,17 4:4,9, 19 6:23 45:8

**hearings** 3:15

**held** 37:8

**hereinbefore** 50:5

**Hey** 10:4

**high** 8:24 23:23,25

**high-stakes** 7:3

**history** 5:14 24:19 26:11

**hit** 18:2,6,8 36:6,10,18

**Hold** 37:7

**holding** 28:23

**holds** 5:11 7:16

**home** 18:18

**Honda** 10:5

**hope** 41:21

**hospital** 36:11

**hot** 37:9

**house** 9:8 14:8,9 15:18 16:8,24 18:11,15 21:3,10, 23 22:2,9,21 23:13 24:13 46:9

**houses** 38:19

**hug** 19:9

**Hugh** 17:6

**hung** 27:21

**hurt** 44:19,20,21

**Hutchinson** 31:24 33:6 34:5

### I

**idea** 20:13,25

**imagine** 19:13 32:7

**immediately** 10:9,24 11:2 14:8 21:21

**inaudible** 5:5 12:11 38:24

**incarcerated** 5:11 7:16 27:12 38:25 41:16 43:19 46:11

**incarceration** 5:16 26:19 30:12,18

**incident** 7:17 16:14 26:8 27:4 28:6 30:5

**include** 45:10

**indiscernible** 11:24 21:11 30:25 47:17 48:3

**individual** 28:17

**individuals** 9:13 10:13 42:4

**informal** 6:2,3,17

**information** 3:16

**initially** 11:5 26:7

**initiation** 14:17

**inmate** 4:6

**inmates** 37:22

**inside** 15:6,9,14 16:18, 24 17:3,16

**intention** 13:2

**intentions** 13:1

**interested** 26:1

**interference** 35:13

**interfering** 47:18

**interrupt** 20:8

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net



(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

**interview** 30:3

**involved** 36:23 41:22

**issue** 47:11

**issues** 47:19

**items** 38:3

---

**J**

**jacket** 30:22

**Jeannie** 3:1 4:10 48:24

**Jeffrey** 8:25 24:5,9,10

**Jeffrey's** 24:1

**Jeremy** 8:25

**job** 5:17 32:22 34:4 39:3

**Johnson** 48:18

**Jonathan** 4:13 25:8 45:2

**jump** 13:5 14:4

**jumped** 9:1 21:7,8

**jumping** 27:2

**June** 50:9

**juvenile** 10:14 24:17 25:1

---

**K**

**Kansas** 8:13 38:8

**Kay** 3:21

**Kayla** 33:24

**KDOC** 42:16 43:17

**Keating** 4:16,17 6:20 16:16,23 17:2,18,21 18:1, 4 19:20 20:3,7,13,17 40:22 41:3,5,18 42:25 43:16,19 45:5 48:9 49:1

**kick** 16:25 17:3

**kicked** 16:17

**kicking** 15:17

**kid** 25:6

**kind** 4:7 5:21 8:5 12:13 25:10 27:25 30:10 37:17 41:23 43:16 45:10,17

**kit** 35:11

**knew** 9:12,17 10:9,13, 24 11:2,16 19:6 20:10,11 35:7

**knife** 36:1,3,9

**knowing** 40:5

**Knudson** 4:24 48:12, 14,16,18,20

---

**L**

**labeled** 30:6

**lack** 6:3 29:14

**lake** 12:11

**learn** 22:12,20 33:11 47:14

**learned** 19:25 23:4 33:5,8

**leaving** 21:17

**led** 8:5 25:5 28:6

**leisure** 31:20,21,25

**lesson** 42:23

**letters** 27:14

**level** 34:7

**license** 10:8

**linked** 24:11

**literacy** 47:8

**literally** 32:1 36:10

**live** 5:18,24 11:17 38:6, 7,17 40:8

**lived** 11:18,19 21:20

**lives** 39:5 40:16

**living** 5:18 44:23

**Locust** 38:8

**long** 11:13 32:25 39:12 41:16 46:12

**longer** 46:22

**looked** 33:18

**losing** 19:14

**lot** 5:9 6:5,6 19:4 22:5,8, 21 26:3 28:22 38:12

44:15 46:22 47:7

**louder** 43:7

**lowered** 10:4

**lucky** 32:10

---

**M**

**Ma** 29:2

**made** 27:11 30:3 35:10 44:15 45:14

**make** 9:14 44:16 45:12

**Makthepharak** 3:12,21 4:15,21,22 5:13 6:7 7:13,19,25 8:8,21,23 9:5,23 10:3,7,12,17,19 11:7,10,14,16,24 12:2,4, 7,11,15,18,22 13:2,16,19, 23 14:6,16,22,25 15:5,10, 13,16,25 16:3,12,15,19 17:1,4,20,22 18:3,7,15,23 19:3,24 20:5,9,16,19,22 21:5,7,10,13,18 22:4,12, 19 23:7,15,21 24:14,20 25:2,6,14,17,22,25 26:13, 20,24 27:5,11 28:1,4,19, 21 29:1,8,11,20,22,25 30:13,20,24 31:6,9,13,21 32:4,8,11,17,21,24 33:2, 4,14,17,23 34:1,3,8,11, 16,19,22 35:2,5,17,19,24 36:5,15,24 37:4,13,19,24 38:2,7,11,16,23 39:2,14, 18 40:9,14,20,25 41:4,6, 24 42:14,20,23 43:6,18, 22 44:14 45:19 46:1,3,15, 19 47:2,4,25 48:5,10,13

**man** 19:3 43:1,6

**March** 4:2

**Mark** 4:17 25:8 39:8 45:2

**Martinez** 48:21,22

**materials** 34:23

**max** 34:8

**medical** 20:2

**meet** 22:14

**member** 3:2 4:11,17 22:5

**members** 10:23

**mentioned** 3:25 6:16

**met** 10:22 39:22,23

**minute** 4:1 43:17

**Missouri** 38:8 50:4,15

**mom's** 18:15

**moment** 33:17

**money** 33:16,22,25 34:4 47:10

**monitor** 13:8

**month** 3:22 32:14 45:18

**months** 34:17 41:2

**morning** 3:4 4:12,15, 16

**moved** 15:9

**moving** 45:13

**murder** 8:1

---

**N**

**nail** 40:18

**names** 10:25

**nationality** 19:8

**needles** 35:11

**negative** 32:18

**neighborhood** 8:12 10:20 11:18,21 21:21

**nice** 37:21

**Nokias** 22:17

**north** 9:7,25 11:19 16:8 21:24 22:1

**notify** 45:14

**November** 34:16

**number** 3:15 4:6

---

**O**

**Oaklawn** 11:18

**occasionally** 6:21

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net



(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

**occurring** 7:17

**offender** 3:9,20

**officers** 30:3

**officially** 40:3

**oftentimes** 30:8

**Ogletree** 4:12,13 6:20
23:10,17 24:12,15 25:23
26:6 28:13,20,24 29:5
39:7,9,12,16 48:3,24 49:2

**older** 9:8,12,17,25
10:22 11:12 12:20 13:17,
24 15:16 16:10 17:6
19:17 21:6 28:22 33:23
43:1,12

**one-on-one** 13:7
27:13

**open** 7:1

**opening** 7:7

**opportunity** 6:12,24
7:2,5 42:1 47:22

**original** 21:3

**other's** 40:16

**out-of-state** 10:8

**outspoken** 43:9

**owns** 14:9

─────────── **P** ───────────

**p.m.** 8:19,20,21

**packet** 3:16,20

**paperworks** 20:10

**parole** 3:3 4:8 40:23

**paroled** 41:20

**part** 4:18 12:1 26:2,5

**participated** 5:19
25:13

**parties** 22:8

**party** 8:11

**paying** 36:18

**people** 15:11 16:24
17:11 22:5 24:4,11 26:24
29:3,10,21 30:14 33:10
37:5,12 43:25 44:5 46:22

**period** 43:20

**person** 29:6 43:21

**person's** 14:8

**personally** 22:25

**ph** 17:6,7 21:24 29:2
47:9

**phone** 22:16 27:13
35:25 37:1,3,5,7,11

**phones** 22:14 37:5

**physical** 31:3

**physically** 30:15 31:4

**pick** 8:10 43:24

**picked** 18:12,13 44:2

**picture** 24:7

**piece** 6:12 37:5

**pigeons** 12:9,16

**Pine** 21:24

**placement** 25:1

**plan** 5:23 38:5 41:7

**Planeview** 8:12
21:14,24

**planned** 40:15

**plate** 10:8

**plumbing** 25:18

**point** 6:17

**police** 20:1

**possession** 8:2 23:19
41:1

**posts** 41:13

**PRB** 4:11

**pretty** 31:15 32:6
33:11 34:17 37:19,21,25

**prevent** 35:15

**primarily** 6:19

**prior** 3:16 5:14 8:4
10:16 24:16,18 36:5,6,11

**prison** 4:13 30:21 44:2
46:2

**prisoner** 3:2

**problem** 46:8,9,10

**problems** 47:7

**proceedings** 50:5

**process** 45:7,15

**program** 33:7 42:2

**programming** 26:3

**programs** 5:19 25:12
41:12

**prosecuted** 29:10

**protect** 36:10

**provide** 3:15

**provided** 50:8

**pulled** 11:6

**pulling** 8:17

**punch** 44:9

**put** 43:16

─────────── **Q** ───────────

**qualify** 42:5

**question** 23:10 41:19

**questions** 6:18,20,21
7:11 45:1,3

**quick** 37:7

**quiet** 21:19,25 43:10

**quieter** 43:7

─────────── **R** ───────────

**raised** 42:16 43:17

**ran** 16:7 18:10 20:24
21:3

**range** 12:7

**rat** 30:2,7,10 36:19

**ratted** 36:16,20

**rave** 22:6,8

**raves** 44:1

**reach** 19:19

**read** 6:11 19:20 26:3

**ready** 35:8 48:22

**real** 37:7

**received** 28:15,24

**record** 3:14

**recorded** 50:5

**recording** 3:5,25
49:1,2 50:8

**recovered** 32:16

**reentry** 4:25

**regular** 24:21 31:10

**relationship** 39:17

**released** 10:16,21

**remember** 7:21,23
17:7 18:20 23:22 26:9

**report** 34:15

**Reporter** 50:1,4,16

**reports** 5:20 20:1

**research** 6:5

**rest** 15:14

**restraints** 25:7

**returned** 17:21

**review** 3:2 4:14 45:9,
10

**ride** 21:17

**Rival** 30:19

**room** 4:1 15:21 18:25
36:1

**rule** 37:20

**rules** 35:1 37:16,17,20

**run** 27:8

**runners-up** 48:20

**running** 9:3

─────────── **S** ───────────

**sad** 31:14

**sadness** 31:17

**safe** 48:9

**salon** 40:18,20

**Sarah** 50:3,14

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net



Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

**Sashada** 4:22
39:19,23 40:6,12

**savings** 33:20

**scene** 21:17

**school** 8:24 9:6 13:16 23:23,25

**script** 26:4

**seal** 50:9

**secluded** 43:8

**section** 17:14

**secured** 35:15

**securing** 35:15

**Sedgwick** 7:16

**seeks** 47:7,8

**self-defense** 44:8

**self-taught** 33:12

**semester** 47:15

**send** 33:21,25

**sentence** 41:20

**sentences** 40:23

**separate** 7:23

**serve** 41:11

**set** 50:5

**sewing** 35:11

**sexually** 30:14 44:6

**shook** 36:20

**shoot** 12:9 28:16

**shooting** 12:7,15 15:22,23 16:5,6 17:23 22:3

**shot** 19:22 22:20,23 23:6

**shots** 26:15 28:14,15,17

**show** 7:23

**sick** 32:12,13

**side** 9:25 11:19 21:13, 24 22:1 28:2

**significant** 43:20

**sir** 4:5,16

**sister** 19:17 24:1 33:24

**sister's** 12:8 39:20

**sisters** 24:6

**sit** 6:12 45:9 47:22

**sitting** 6:14

**situation** 29:12 30:9

**skill** 33:13

**sleep** 32:1

**slender** 31:7

**slim** 31:7

**small** 22:17

**snatch** 42:1

**son's** 44:24

**sort** 6:3 41:22

**south** 9:6,7 21:13

**speak** 7:5 30:10 43:11

**speechless** 28:10

**spend** 31:20 33:18

**spent** 31:25

**spoke** 27:13

**stabbed** 19:22 20:12

**stabbing** 36:3

**staff** 24:25 25:5

**standing** 14:12 33:10

**stare** 31:14

**start** 7:11 15:22 25:12

**started** 3:7 8:8 15:17, 22 16:5 46:20

**starters** 19:5

**starting** 38:6

**state** 4:3 50:4

**statement** 7:7

**stay** 31:16

**stealing** 24:20,22

**stepdad** 38:14,19

**stitches** 36:8

**stood** 17:5

**Stop** 49:1

**stopped** 18:9

**story** 6:8,9,10

**straight** 14:10

**street** 26:14,17 27:17, 22 38:9,18 43:23

**streets** 37:12

**struck** 18:21

**stuff** 26:2 35:8,10

**stupid** 35:10

**submit** 42:9

**substance** 26:12

**Sue** 33:24

**support** 5:24 38:12

**Supreme** 50:15

**system** 25:11 43:3

**T**

**takes** 45:15

**talk** 5:9,10,11,15 6:13, 25 7:2 21:15 25:11 29:25 31:2,14 34:13 36:2 38:4 44:11

**talked** 39:21

**talking** 4:20 10:10 11:2 22:10

**target** 30:10

**tattoo** 35:8

**team** 4:25 5:6 45:22

**technology** 26:2

**telling** 6:9

**temple** 8:9 18:16,18

**ten** 16:22

**term** 29:14

**thin** 31:7

**thing** 20:2 27:16 41:22

**things** 3:6,8,14 5:10, 15,17,20 19:4,5 31:19 39:25 47:14

**thinking** 28:16

**thought** 19:20 36:16, 19 46:5

**thoughts** 27:8

**threw** 44:9

**tied** 30:18

**till** 20:10 47:15

**time** 3:20 4:19 7:4 12:12 14:13,22 15:1,2,8 16:17 17:5 20:6 23:16 31:20,21,25 34:3 41:7,8, 11,12 42:6 43:20 44:17 47:21

**times** 18:21 37:14

**today** 4:4,19 5:9 6:13, 15 7:1 18:25 44:11 45:8, 11 46:23 47:21

**told** 30:2 36:24 45:11

**top** 17:8 36:8

**training** 25:19

**transcribed** 50:6

**transcript** 50:8

**transition** 5:22 38:5

**transportation** 5:25

**true** 29:5 50:7

**TV** 31:16

**twin** 19:13,15

**type** 7:7 24:18 27:9,24 42:10

**type-two** 34:23

**typically** 11:8

**U**

**Uh-huh** 12:22 22:18 29:8

**understand** 6:18 9:21 40:22 44:13 45:19

**unit** 4:25 5:6 45:22

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net



(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

**V**

variety 5:17

Veely 17:6 29:1

vehicle 10:4

victim 18:21,25 28:15

visit 47:23

vocal 43:13

**W**

wait 47:15

waiting 18:17

walls 31:15

wanted 6:25 8:16 35:9 40:1 44:11

wanting 9:2

Wark 3:1,13,24 4:11, 23 5:4,7,14 6:8 7:15,21 8:3,20,22 9:4,18 10:2,6, 11,15,18 11:5,8,13,15,23, 25 12:3,5,10,13,17,19,23 13:13,18,21 14:5,14,21, 24 15:2,7,12,15,24 16:2, 9,13 18:13,20,24 20:18, 21 21:2,6,9,12,15 22:1, 10,18 23:4,9 24:16,24 25:4,8,16,20 26:7,18,23 27:1,7,24 28:2 29:4,9,16, 21,24 30:8,16,23 31:2,8, 11,18 32:3,6,9,15,19,23, 25 33:3,12,15,21,25 34:2, 6,9,13,18,20,24 35:3,12, 18,21 36:2,13,22 37:1,11, 15,23 38:1,4,10,15,22 39:1,6,8,11 40:7,10,19 42:10,18,22,24 44:10,25 45:6,21 46:7,12,18,24 47:1,3,12,16,20 48:1,7 49:3

watch 13:7

watching 33:9

weapon 12:25 23:12, 15

week 36:5

weeks 33:2 36:6,11

Wichita 8:13 11:19 27:20 38:17 39:5

wide 5:16

Wilson 42:7

Wilson-raw 5:2,3,5 45:24 46:2,5,8,13,17,21, 25 47:6,13,17 48:8,15,17, 19,22

wonderful 48:6

wondering 28:14

Woodard 50:3,14

word 6:3,17 16:1

words 29:14

work 35:9 40:17

worked 38:20,25 46:13

working 32:20

written 39:24 44:7

**Y**

yard 15:20 31:22

year 10:7 40:3 41:9 46:15,17

years 27:9 31:24 32:5 39:4,20,22 40:5 42:15 43:2 44:16 46:11

you-all 23:13

young 43:1

younger 43:7

youthful 3:8,19

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

March 2nd 2021

Prisoner Review Board
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603-3722.

Sub-Exhibit 2

RECEIVED

MAR 0 5 2021

PRISONER REVIEW BOARD

Dear Prisoner Review Board

Thank You For the Youthful Offender Information Acknowledgment. I was able to Review the information and Noticed that the Clinical Summary Report (C.S.R.) Kaufman Brief Intelligence Test (K.B.I.T.) and Million Adolescent Clinical Inventory (M.A.C.I.) will be mentioned.

I'm requesting to take these tests again because it was 20 years old since my R.D.U. Evaluation. I Have Requested it thru the Facility's psychiatry and Health department, But I was told that only the parole Board members may Request me to take these tests.

If you can Be some Assistance, it would Be greatly Appreciated.

Sincerely,

Sashada Makthepharuk #73697
L.C.F. - cu
P.O. Box 2
Lansing KS 66043

Name:
MAKTHEPHARAK,SASHADA           Location: LCF           Hearing Date: 4/4/2024
BONG

**Managed as a Sex Offender:**

Sexually Motivated Indicator(SMI): Reason for Sexually Motivated Indicator(SMI):

If SMI= and Reason for SMI is = then if granted parole must establish an or/after date at least 180days from the date of hearing

**Decision:** Passed to
**Decision Details:** May 2025.
**Pass Recommendations:** Remain Free of Disciplinary Reports

**Pass Reasons:**

☐ Serious nature/circumstances of crime

☐ Objections

☐ History of criminal activities

☐ New crimes in institution

☐ Violent nature of crime

☐ Failed at WR or PR

☐ Times In prison

☑ Disciplinary reports

☐ Denies responsibility

☐ Failure on parole

☐ Other

**Extended Pass Reasons:** The Board makes a special finding that a subsequent hearing should be deferred for (_____) years, because it is not reasonable to expect that parole would be granted at a hearing if held before then, for the reasons indicated below:

☐ The inmate does not have a parole plan to meet his/her needs or to provide for public safety

☐ The inmate is unwilling to participate in the parole planning process

☐ The inmate committed new crimes while on parole/incarcerated

☐ The community is exceedingly opposed to the inmate's release

☐ The inmate has not served a sufficient amount of time in relation to the offense committed

☐ The amount of time served is insufficient based on the severity of the crime and will devalue the victim

☐ The inmate has not served a sufficient amount of time in relation to proportionality

☐ The inmate has had multiple failures on parole indicating an inability to follow conditions

☐ There is no means to measure the inmate's risk to re-offend

☐ The inmate's current needs are unstable and community resources cannot provide sufficient support to meet those needs and to provide for public safety

☐ The inmate's crime resulted in multiple victims and caused lasting impact on those victims

☐ The inmate's crime contained intentional and premeditation elements

☐ The inmate is unsuitable for the community due to inability to comply with institutional rules

☐ The inmate is unwilling to be paroled and requested to serve to his/her conditional release/maximum sentence date

☐ The inmate has not demonstrated the ability to work on the areas needed to reduce his/her risk to re -offend

☐ The inmate continues to demonstrate high risk despite programmatic interventions to mitigate risk

☐ The inmate has not demonstrated behavioral insights necessary to decrease his/her risk to re-offend

☐ The inmate has not demonstrated insight(s) into his/her offense behavior, the inmate has indicated a pattern behavior indicative of increased risk to re-offend

☐ The length of the pass will provide an opportunity for the inmate to have sufficient time to work on areas necessary to reduce his/her risk to re-offend

☐ The inmate's inability to function in a less structured environment

☐ The inmate is unwilling to work on the areas necessary to reduce his/her risk to re-offend

☐ The inmate has established a pattern of offending behavior that indicates escalating violence

☐ The inmate's community behavior contains elements substantially similar in nature to circumstances surrounding the instant offense thereby indicating unmitigated risk

☐ The inmate's crime of conviction is characterized by multiple aggravating factors

☐ Other

If you have been granted parole, your release will take place on or after the effective date set by the Prisoner Review Board and only after your parole plan as been investigated and approved. The parole order is conditioned upon your maintaining a satisfactory institution record until released.

Offender Signature: _____

Date Received    April 1st 2024
_____

Witness Signature: _____

PRISONER REVIEW BOARD

By: _____

Carolyn J Perez, Administrator