## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SASHADA MAKTHEPHARAK, | ) |
| | ) |
|         **Plaintiff**, | ) |
| | ) |
| v. | )     Case No. 23-2121-DDC-RES |
| | ) |
| LAURA KELLY, *et al.*, | ) |
| | ) |
|         **Defendants**. | ) |
| | ) |

### MOTION TO SEAL OR REDACT

      Defendants Governor Laura Kelly, Secretary of Corrections Jeff Zmuda, and members of the Kansas Prisoner Review Board (KPRB) Jonathan Ogletree, Jeannie Wark, and Mark Keating ("Defendants"), move to redact portions of Exhibit B (Doc. 48) to their Motion for Summary Judgment in accordance with D. Kan. Rule 5.4.2. Specifically, the Defendants move to redact health information on pages 11-13, financial information on page 16, and a home address on page 19.[1] Exhibit B was provisionally filed under seal. It has already been provided to Plaintiff in its entirety, but portions should be redacted from public view due to those portions containing confidential medical records, sensitive financial information, and a sensitive home address. Although a presumption exists in favor of public access, strong privacy interests in this case support sealing these medical, financial, and address records. Defendants have conferred with Plaintiff, and these redactions are unopposed by Plaintiff.

      "Plaintiff [has] significant privacy interests in his medical records. Disclosure of Plaintiff's unredacted medical records would be sufficient to establish a private harm that would

---

[1] Defendants already redacted the month and day of birth on pages 2, 4, and 7 of Exhibit B as required by Federal Rule of Civil Procedure 5.2(a)(2).

overcome the public's right of access to judicial records." *See Robinson v. Holmes*, No. 21-2602-DDC, 2022 WL 17569954, at *1 & n.6 (D. Kan. Nov. 1, 2022). Therefore, the health information on pages 11-13 (including everything underneath "Reports of Mental and Physical Health" on page 11 and everything above "Job and Job History" on page 13) should be redacted due to this section containing confidential medical records of Plaintiff.

Personal financial information, such as financial information contained in an *in forma pauperis* motion, is sufficiently sensitive to be sealed or redacted. *See McCoy v. Colo. Dep't of Hum. Servs.*, 859 F. App'x 288, 290 (10th Cir. 2021) (sealing a plaintiff's motion to proceed *in forma pauperis*); *Bell v. Leavenworth U.S. Penitentiary*, No. 24-3085-JWL, 2024 WL 2803079, at *4 (D. Kan. May 31, 2024) (same). Therefore, the contents of the "Bank" section on page 16 should be redacted due to this section containing sensitive financial information of Plaintiff.

Home addresses of third parties are also sufficiently sensitive to be sealed or redacted. *See McWilliams v. Dinapoli*, 40 F.4th 1118, 1133 (10th Cir. 2022) (permitting redaction of the addresses of non-parties); *Gomez v. Epic Landscape Prods., L.C.*, No. 22-2198-JAR, 2024 WL 1741102, at *1 (D. Kan. April 23, 2024) (ordering the sealing or redacting of the addresses of non-parties). Therefore, the primary residence indicated in the "Parole Plan and Social Support" section on page 19 should be redacted due to it containing a sensitive home address of a third party.

For all three of these proposed redactions, the potential risks of harm outweigh the public interest in accessing the information. For these reasons, Defendants request that Exhibit B be redacted as requested in this motion. In the alternative, Defendants request that Exhibit B be sealed.

        Respectfully submitted,

        KRIS W. KOBACH
        ATTORNEY GENERAL OF KANSAS

        */s/ Matthew L. Shoger*
        Matthew L. Shoger, KS No. 28151
        Assistant Attorney General
        Office of the Attorney General
        120 SW 10th Ave., 2nd Floor
        Topeka, Kansas 66612-1597
        matt.shoger@ag.ks.gov
        (785) 296-2215
        Fax: (785) 291-3767
        *Attorney for the Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of November, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Jonathan Sternberg and Brody Sabor
Jonathan Sternberg, Attorney, PC
2323 Grand Blvd., Suite 1100
Kansas City, MO 64108-2607
jonathan@sternberg-law.com
*Attorneys for Plaintiff*

                                        */s/ Matthew L. Shoger*
                                        Matthew L. Shoger
                                        Assistant Attorney General