IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SASHADA MAKTHEPHARAK,
    Plaintiff,

vs.

LAURA KELLY, *et al.*,
    Defendants.

Case No. 2:23-cv-02121-DDC-RES

**INDEX OF EXHIBITS TO
PLAINTIFF'S MOTION TO CORRECT FILING DATE OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AND STRIKE MOTION FOR SUMMARY JUDGMENT AS UNTIMELY**

Exhibit A:    E-mail from CM/ECF system to Plaintiff's counsel containing NEF for Document 47

Exhibit B:    NEF for Document 47

Exhibit C:    NEF for Document 48

Exhibit D:    NEF for Document 49

Exhibit E:    NEF for Document 50