## **EXHIBIT B**

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:ksd_nef@localhost.localdomain
Message-Id:<6226415@ksd.uscourts.gov>
Subject:Activity in Case 2:23-cv-02121-DDC Makthepharak v. Kelly et al Motion for Summary
Judgment
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**DISTRICT OF KANSAS**

## Notice of Electronic Filing

The following transaction was entered by Shoger, Matthew on 11/16/2024 at 1:00 AM CST and filed on 11/15/2024

| | |
|---|---|
| **Case Name:** | Makthepharak v. Kelly et al |
| **Case Number:** | [2:23-cv-02121-DDC](#) |
| **Filer:** | Laura Kelly |
| | Jeff Zmuda |
| | Jonathan Ogletree |
| | Jeannie Wark |
| | Mark Keating |

**Document Number:** [47](#)

**Docket Text:**
**MOTION for Summary Judgment by Defendants Laura Kelly, Jeff Zmuda, Jonathan Ogletree, Jeannie Wark, Mark Keating (Attachments: # (1) Exhibit A, # (2) Exhibit C, # (3) Exhibit D, # (4) Exhibit E, # (5) Exhibit F, # (6) Exhibit G, # (7) Exhibit H, # (8) Exhibit I, # (9) Exhibit J, # (10) Exhibit K, # (11) Exhibit L)(Shoger, Matthew)**

**2:23-cv-02121-DDC Notice has been electronically mailed to:**

Brody Sabor     brody@sternberg-law.com

Jonathan Sternberg     jonathan@sternberg-law.com

Matthew Lee Shoger     matt.shoger@ag.ks.gov, Donna.wells@ag.ks.gov, gabriella.ortiz@ag.ks.gov

Shon D. Qualseth     shon.qualseth@ag.ks.gov, donna.wells@ag.ks.gov, gabriella.ortiz@ag.ks.gov

**2:23-cv-02121-DDC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-0] [afb49de9cda49a1a87b1fd0028cb693c6125a09c5b7ca0df008f65bf8d96904792118ce3f04c6723ef9d2717ee5f532d4e615856eddd371de31ccd6bd6135bde]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-1] [45322fa79f79292e4945d752d0d55eca0d4c0b25bf346512b12b8b20820ebc811f8ef0680e759af966af91d6d7130a1cb7b52299bb8b5637dbe6bafd520eadc7]]
**Document description:** Exhibit C
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-2] [a470e22d9c76a207bb54dc6700c9635e4ef91525cb74c39cd82d2fc493df46f87ca66dfb7023def9045a00dedc76171dd4853273ea53dd7bcd5b73ebbc8e1ad7]]
**Document description:** Exhibit D
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-3] [a72812ca770c38596352d9ef2b69ad733bf28c09c187176ac9cec959e9afc9285d2185b10dcdbf85c07a230880db3e459a4cda90d7ea5454c8b54b928575458a]]
**Document description:** Exhibit E
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-4] [10468cfe2ebd909631b1d91784085b6ed68f01758a1c3ea52a80a2fac989fdbee5e7adfc77153c962eb439e03d55cfe2dc2cab4dd9f74d4d585a9905123a750e]]
**Document description:** Exhibit F
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-5] [88ad302f4e9af3c1a335bc5b08e5a21b1fac5ceaccee400913af54d30bf998e2b7b14027ad7e79fe658ffd95e0efaa93f73f82b33417d1a1d5b0ee64d2643f13]]
**Document description:** Exhibit G
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-6] [2432ea82b00be48e69eb75dc47e8b2bc209f7d0ca4190b260bf9657e320cecc28177e15695af0d725621c0fba32e9695824dfa903b7364783c6294afe092994a]]
**Document description:** Exhibit H
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-7] [2f00333c5ae98bdbdb4a29a80b011f6a7550bdd0e6a1944b1dc4bae26d6d9ea7fd3e6968ce562cc80cbe74527505d16f51e5d663925d02ef5a96c8ca6dc4be4d]]
**Document description:** Exhibit I
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-8] [118d6ed89a3630840900d11a1d72a892ca81e27cfa204930a67b4eaff99673445211033d473f62bc061a684366fbaa84042f61b9108cca50535ba2c91d9d1f62]]

**Document description:** Exhibit J
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-9] [065477ad0331b661e63d811342f66a91ca0a9266b7d38bb3d078a4bbf085172c8818c264038f27fdb0b5e3f99deb401773693a296f9db661c9b924b144eac323]]
**Document description:** Exhibit K
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-10] [257a65b99b973e95a0e4ffc80c1fa226698744d890ff91862007064266708b80e5538c03c6acaee0154c9c912ecd17f67e4fb4019763cb7708d37d64a6a6438a]]
**Document description:** Exhibit L
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=11/16/2024] [FileNumber=6226413-11] [316e58c45986e8a08a80b1a3e88c89ee23daa63f288810515456302aa7fcb3a111aba3e548bef38ac47de4512062adbfe86795173db87a115aa72f5bb040180d4]]