IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SASHADA MAKTHEPHARAK | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 23-2121-DDC-RES |
| LAURA KELLY, *et al.*, | ) |
| **Defendants.** | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Shon D. Qualseth, First Assistant Attorney General/Sr. Trial Counsel, and in accordance with D. Kan. Rule 83.5.5(b), respectfully notifies the Court and the parties of his withdrawal as counsel of record for Defendants Laura Kelly, Jeff Zmuda, Jonathan Ogletree, Jeannie Wark and Mark Keating.

The Court and parties are further notified that Matthew Shoger will continue to represent the Defendants in this matter.

Respectfully Submitted,

KRIS W. KOBACH
Attorney General

/s/ Shon. D. Qualseth
Shon D. Qualseth, KS S Ct. #18369
First Asst. Attorney General/Sr. Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone:  785-296-2215
FAX:  785-291-3767
Email: shon.qualseth@ag.ks.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Jonathan Sternberg, Attorney, PC
2323 Grand Blvd., Suite 1100
Kansas City, MO 64108-2607
jonathan@sternberg-law.com
*Attorney for Plaintiff*

This Notice will also be served on each defendant pursuant to Fed. R. Civ. P. 5(b).

/s/ Shon D. Qualseth
Shon D. Qualseth

2