IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SASHADA MAKTHEPHARAK,
    Plaintiff,

vs.

LAURA KELLY, *et alia*,
    Defendants.

Case No. 2:23-cv-02121-DDC-RES

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO <u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff Sashada Makthepharak moves the Court under Fed. R. Civ. P. 6(b) and Local Rule 6.1 for an extension of time of 14 days – until Monday, December 23, 2024 – in which to file his response in opposition to the defendants' motion for summary judgment. Counsel for the defendants informs counsel for Mr. Makthepharak that the defendants have no objection to this request.

Mr. Makthepharak has not previously sought an extension of time to file his response, which presently is due Monday, December 9, 2024. Local Rule 6.1(d)(1). (The defendants obtained one 14-day extension out of time and without objection from Mr. Makthepharak.) If the Court grants this request, the response will be due Monday, December 23, 2024.

This request is not made for delay, but instead for good cause due to counsel's time constraints and other circumstances. The issues in this case, which challenges the constitutionality of Kansas's parole scheme for juveniles sentenced to life in prison, are complex, subtle, and legally intensive. The defendants' motion is lengthy and detailed and seeks to obtain judgment on all of Mr. Makthepharak's claims.

At the outset, Mr. Makthepharak has moved to strike the defendants' motion for summary judgment as untimely. The defendants' response to that is due

1

December 3, and Mr. Makthepharak will reply quickly once that response has been filed.  If the Court strikes the motion, no response will due, making it prudent for counsel not to waste either Mr. Makthepharak's supporters' limited resources or the Court's time in filing a response to it.

At the same time, if the Court does not strike the response, in the weeks since the defendants filed their motion for summary judgment, in addition to other duties undersigned counsel for Mr. Makthepharak has filed a post-conviction relief motion in a murder case in Missouri state court (*Samsinak v. State*, No. 2431-CC00907) and presented an oral argument before the Missouri Court of Appeals (*Long v. Long*, No. WD86738).  As well, the Thanksgiving holiday occurred.  (As well, had the defendants not obtained their 14-day extension, counsel had long calendared filing a response in opposition in advance without the need for an extension.  But when they obtained an extension, this threw counsel's calendar off and into other deadlines.)  And besides the response in opposition in this case, counsel also presently is working on briefs due in the U.S. Courts of Appeals for the Eighth and Tenth Circuits (with the Tenth Circuit brief due this week), the Missouri Court of Appeals, and the Kansas Court of Appeals.

Accordingly, due to these circumstances and counsel's time constraints, more time is needed.  If the Court does not strike the defendants' motion for summary judgment, 14 days will be sufficient.

Accordingly, the Court should extend the time to file Mr. Makthepharak's response in opposition to the defendants' motion for summary judgment to December 23, 2024.

          Respectfully submitted,

          *Jonathan Sternberg, Attorney, P.C.*

by /s/Jonathan Sternberg
   Jonathan Sternberg, Kan. #25902
   2323 Grand Boulevard #1100
   Kansas City, Missouri 64108
   (816) 292-7020
   jonathan@sternberg-law.com

          COUNSEL FOR PLAINTIFF

Certificate of Service

    I certify that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which sent electronic notification of that filing to the following:

| | |
|---|---|
| Mr. Matthew L. Shoger | Counsel for Defendants |
| Office of the Kansas Attorney General | |
| 120 SW 10th Avenue, 2nd Floor | |
| Topeka, Kansas 66612 | |
| (785) 296-2215 | |
| matt.shoger@ag.ks.gov | |

Jonathan Sternberg
Attorney