IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SASHADA MAKTHEPHARAK,
    Plaintiff,

vs.

LAURA KELLY, *et alia*,
    Defendants.

Case No. 2:23-cv-02121-DDC-RES

**PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Sashada Makthepharak moves the Court under Fed. R. Civ. P. 6(b) and Local Rule 6.1 for an extension of time of 14 days – until Monday, January 6, 2025 – in which to file his response in opposition to the defendants' motion for summary judgment. Counsel for the defendants informs counsel for Mr. Makthepharak that the defendants have no objection to this request.

This is Mr. Makthepharak's second request for an extension of time to file his response, which presently is due Monday, December 23, 2024. The Court previously granted him one 14-day extension. If the Court grants this request, the response will be due Monday, January 6, 2025.

This request is not made for delay, but instead for good cause due to counsel's time constraints and other circumstances. In particular, Mr. Makthepharak has moved to strike the defendants' motion for summary judgment as untimely, and the motion to strike has been fully briefed since December 10.

The issues in this case, which challenges the constitutionality of Kansas's parole scheme for juveniles sentenced to life in prison, are complex, subtle, and legally intensive. The defendants' motion is lengthy and detailed and seeks to obtain judgment on all of Mr. Makthepharak's claims. And in the time since filing the previous extension request, counsel for Mr. Makthepharak has filed briefs in the

1

U.S. Courts of Appeals for the Eighth and Tenth Circuits, the Kansas Court of Appeals, and the Missouri Court of Appeals, and has presented a post-conviction evidentiary hearing in a murder case in Missouri state court.

Accordingly, due to these circumstances, more time is needed pending the Court's decision on Mr. Makthepharak's motion to strike the defendants' motion for summary judgment. If the Court grants the motion to strike, no response to the motion for summary judgment will due, making it prudent for counsel not to waste either Mr. Makthepharak's supporters' limited resources or the Court's time in filing a response to it. If the Court denies the motion to strike, 14 days will be sufficient to respond to the defendants' motion for summary judgment.

Accordingly, the Court should extend the time to file Mr. Makthepharak's response in opposition to the defendants' motion for summary judgment to January 6, 2025.

          Respectfully submitted,

          *Jonathan Sternberg, Attorney, P.C.*

        by /s/Jonathan Sternberg
          Jonathan Sternberg, Kan. #25902
          2323 Grand Boulevard #1100
          Kansas City, Missouri 64108
          (816) 292-7020
          jonathan@sternberg-law.com

          COUNSEL FOR PLAINTIFF

Certificate of Service

  I certify that on December 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which sent electronic notification of that filing to the following:

| | |
|---|---|
| Mr. Matthew L. Shoger | Counsel for Defendants |
| Office of the Kansas Attorney General | |
| 120 SW 10th Avenue, 2nd Floor | |
| Topeka, Kansas 66612 | |
| (785) 296-2215 | |
| matt.shoger@ag.ks.gov | |

Jonathan Sternberg
Attorney